JPML FORM 1A                                                                    p.1

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 683 -- In re Air Crash Disaster at Gander, Newfoundland, on
December 12, 1985

| Date | Ref. | Pleading Description |
|------|------|---------------------|
| 86/01/06 | 1 | MOTION, BRIEF, SCHEDULE OF ACTIONS (A-1 thru A-3), CERT. OF SERVICE -- pltf. Nellie Malone, etc. -- SUGGESTED TRANSFEREE DISTRICT: W.D. KENTUCKY, SUGGESTED TRANSFEREE JUDGE: ? (cds) |
| 86/01/16 | | APPEARANCES: Stanley M. Chesley, Esq. for Nellie Malone, etc.; John J. Martin, Esq. for Arrow Air, Inc. (cds) |
| 86/01/17 | | APPEARANCE: Windle Turley, Esq. for Opal Green., et al. (cds) |
| 86/01/22 | 2 | MOTION, BRIEF, SCHEDULE (A-1 thru A-12), CERT. OF SERVICE -- deft. Arrow Air, Inc. -- SUGGESTED TRANSFEREE DISTRICT: E.D. NEW YORK; SUGGESTED TRANSFEREE JUDGE: ? (cds) |
| 86/01/23 | 3 | RESPONSE -- (to pldg. #1) Frances Joseph, et al. Also joinder in pleading No. 1 -- w/cert. of svc. (rh) |
| 86/01/23 | | APPEARANCE: Richard E. Brown, Esq. for Francis Joseph and Melinda Parris (cds) |
| 86/01/29 | | AMENDED CERTIFICATE OF SERVICE -- deft. Arrow Air -- attached to pldg. #2 (cds) |
| 86/01/31 | | APPEARANCES: TERRENCE J. O'TOOLE, ESQ. for McDonnell Douglas Corp.; MELVIN M. BELLI, SR. for Francis Joseph and Melinda Parris; FRANK H. GRANITO, JR. for Thelma Ward, etc.; EDWARD I STILLMAN, ESQ. for Frederic P. Seitz, etc. and Raymond Francis Brady, Jr., etc.; JORGE ORTIZ BRUNET, ESQ. for Heriberto Gonzalez Mendez, etc. (rh) |
| 86/02/03 | 4 | RESPONSE -- Bill Willingham -- w/cert. of svc. (rh) |
| 86/02/05 | 5 | RESPONSE/BRIEF -- (to pldg. #1 & 2) pltf. Thelma Ward -- w/cert. of svc. (rh) |
| 86/02/05 | 6 | MEMORANDUM -- (to pldg. #1) pltf. Nellie Malone -- w/cert. of svc. (rh) |
| 86/02/05 | 7 | RESPONSE/BRIEF -- (to pldg. #1) Raymond Francis Brady, Jr. and Frederic P. Seitz -- w/cert. of svc. (rh) |
| 86/02/05 | 8 | RESPONSE/BRIEF -- (to pldg. # 2) Francis Joseph and Melinda Parris -- w/cert. of svc. (rh) |
| 86/02/06 | | APPEARANCE: JOHN J. KENNELLY, ESQ. for Ross Gayton, etc. (rh) |

JPML FORM 1A



### DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 683 --- In re Air Crash Disaster at Gander, Newfoundland, on
December 12, 1985

| DATE | NO. | Pleading Description |
|------|-----|----------------------|
| 86/02/06 | 9 | RESPONSE/BRIEF -- (to pldg. #1) Ross Gayton, etc. -- w/cert. of svc. (rh) |
| 86/02/07 | 10 | RESPONSE/BRIEF -- (to pldg. #2) Opal Green, et al. -- WITH LETTER REQUESTED TO BE FILE AS RESPONSE -- w/cert. of svc. (rh) |
| 86/02/13 | 11 | REQUEST FOR EXTENSION OF TIME -- World Airways -- GRANTED TO INCLUDING TO FEB. 20, 1986 -- Notified involved counsel (rh) |
| 86/02/20 | | HEARING ORDER -- Setting motion to transfer for Panel Hearing on March 27, 1986, in San Francisco, CA  (rh) |
| 86/02/20 | 12 | JOINDER -- (to pldg. #2) World Airways, Inc. w/cert. of svc. (rh) |
| 86/02/21 | 13 | RESPONSE/BRIEF -- (to pldg. #1) Heriberto Gonzelez Mendez, etc. -- w/cert. of svc. (rh) |
| 86/03/12 | 14 | SUPPLEMENTAL BRIEF -- Plaintiff Thelma Ward, et al., -- w/exhibits and cert. of service.  (paa) |
| 86/03/13 | 15 | INTERESTED PARTY RESPONSE -- Richard T. Heidecker -- w/cert. of svc.  (paa) |
| 86/03/18 | 16 | INTERESTED PARTY RESPONSE -- Pratt & Whitney w/letter requesting that paper entitled cross-motion be considered as interested party response. Cert. of svc. attached.  (rew) |
| 86/03/19 | 17 | INTERESTED PARTY RESPONSE -- pltfs. Brenda Kee & jOhn Beer w/letter requesting that paper entitled cross-motion be considered as interested party response. Cert. of svc. attached.  (paa) |
| 86/03/24 | 18 | INTERESTED PARTY RESPONSE -- PLAINTIFFS JACQUELINE BRANCATO AND NAOMI HEMINGWAY w/cert. of svc. (rew) |
| 86/03/24 | 19 | INTERESTED PARTY RESPONSE -- PLAINTIFF RHONDA RAINS w/cert. of svc. (rew) |
| 86/03/24 | 20 | INTERESTED PARTY RESPONSE -- Plaintiff Barbara Lee Smedley Foskey and 16 other plaintiffs w/cert. of svc. (rew) |

B.3

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. **683** -- In re Air Crash Disaster at Gander, Newfoundland, on December 12, 1985

| Date | Ref. | Pleading Description |
|------|------|---------------------|
| 86/03/24 | 21 | INTERESTED PARTY RESPONSE -- Plaintiff Vivian Newton, et al. -- w/cert. of svc.  (paa) |
| 86/03/24 | 22 | SUPPLEMENTAL BRIEF -- Defendants Arrow Air, Inc., et al. -- w/Attachment and cert. of svc.  (paa) |
| 86/03/25 | 23 | INTERESTED PARTY RESPONSE -- pltf. Lucinda McCartney w/letter requesting that paper entitled motion be considered as interested party response.  Svc. on all parties (rew) |
| 86/03/25 | 24 | SUPPLEMENTAL BRIEF -- Plaintiff Nellie Malone, et al. -- w/Exhibits, attachments and certificate of service  (paa) |
| | | APPEARANCES FOR HEARING -- San  Francisco, California on March 27, 1986 -- Stanley M. Hesley for Nellie Malone; John N. Romans, Esq. Pratt Whitney Group; W. Howell III for Rhonda Rains Personal Representative of the Estate of Terry Rains; Law Offices of Speitz & Ramond Francis Brady; John J. Martin for Arrow Air, Inc., Speiser & Krause, P.C. for Plaintiff Thelma Ward. |
| 86/03/25 | | WAIVERS FOR ORAL ON ARGUMENT 3/27/86 -- San Francisco, California Jorge Oritz Brunet for Francisco Ocasio & Heriberto Gonzalez; McDonnel Douglas Corporation. |
| 86/03/26 | 25 | INTERESTED PARTY RESPONSE -- Plaintiff, Roberts, Benson & Rawls w/letter requesting that paper entitled motion considered as interested party response.  Svc. on all parties (paa) |
| 86/04/02 | 26 | SUPPLEMENTAL MEMO --  Plaintiff Opal Green w/cert. of svc. (tmq) |
| 86/04/10 | | CONSENT OF TRANSFEREE COURT -- consenting to the assignment of litigation to the Hon. Edward H. Johnstone, W.D. Kentucky for pretrial proceedings (rh) |
| 86/04/10 | | TRANSFER ORDER -- transferring A-1, thru A-6, and A-8 thru A-11 to the W.D. Kentucky pursuant to 28 U.S.C. §1407 -- Notified involved counsel, judges, clerks, hearing clerk, misc. recipients, and interested publishers (rh) |
| 86/04/16 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- B-31 thru 35 listed below -- Notified involved counsel and judges (rh) |

| | | | | |
|------|------|------|------|------|
| B-31 | George R. Kee, et al. v. Arrow Air, Inc., et al. | S.D.Fla. Scott | 86-0273-CIV- SCOTT | |
| B-32 | Mayrener Alexander, et al. v. Arrow Air, Inc. | E.D.La. McNamara | 86-0531-SECT. D MAG. 4 | |
| B-33 | Naomi Hemingway, etc. v. Arrow Air, Inc., et al. | E.D.N.Y. Nickerson | CV-86-0199 | |
| B-34 | Jacqueline E. Brancato, et al. v. Arrow Air, Inc., et al. | E.D.N.Y. Nickerson | CV-86-0470 | |
| B-35 | Gidget L. Heidecker, et al. v. Arrow Air, Inc. | E.D.Pa. Weiner | 86-0305 | |

JPML FORM 1A

### DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 683--

| DATE | PL. | Pleading Description |
|------|-----|----------------------|
| 86/04/24 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- B-36 Darcy Ocasio, et al. v. Arrow Air, Inc., D. Puerto Rico, C.A. No. 86-0278-JAF and B-37 Warren G. Wood, Jr., et al. v. Arrow Air, Inc., et al., W.D. Washington, C.A. No. C86-046-C -- Notified involved counsel and judges (rh) |
| 86/05/01 | 26 | NOTICE OF OPPOSITION -- B-31 George R. Kee, et al. v. Arrow Air, Inc., et al., S.D. Florida, C.A. No. 86-0273-CIV-Scott -- filed by R.W. Payne, Jr, Esq., counsel for plaintiff -- NOTIFIED PASL AND INVOLVED JUDGES. (paa) |
| 86/05/01 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- B-38 thru B-50 listed below -- Notified involved counsel and judges (rh) |

| | | | |
|------|------------------------------------------|-------------------|--------------|
| B-38 | Susan McArdle, et al. v. Arrow Air, Inc., et al. | D.Ariz. Carroll | CIV-86-0266-PCT-EHC |
| B-39 | Christine L. Manion, etc. v. Arrow Air, Inc. | E.D.N.Y. Costantino | CV-86-0397 |
| B-40 | Yang Mi Johnson, etc. v. Arrow Air, Inc. | E.D.N.Y. Costantino | CV-86-0414 |
| B-41 | Hyon Suk Jennings, etc. v. Arrow Air, Inc. | E.D.N.Y. Costantino | CV-86-0445 |
| B-42 | O. Pok Sellner, etc. v. Arrow Air, Inc. | E.D.N.Y. Costantino | CV-86-0589 |
| B-43 | Barbara Lee Foskey, etc. v. Arrow Air, Inc. | E.D.N.Y. Costantino | CV-86-0590 |
| B-44 | Brenda Richardson, etc. v. Arrow Air, Inc. | E.D.N.Y. Costantino | CV-86-0741 |
| B-45 | Debra Godsey, etc. v. Arrow Air, Inc. | E.D.N.Y. Costantino | CV-86-0742 |
| B-46 | Susan Yvonne Russell, etc. v. Arrow Air, Inc. | E.D.N.Y. Costantino | CV-86-0893 |
| B-47 | Dawn O. Simmons, etc. v. Arrow Air, Inc. | E.D.N.Y. Costantino | CV-86-0894 |
| B-48 | Tammy Lynn Reynolds, et al. v. Arrow Air, Inc. | E.D.N.Y. Costantino | CV-86-1164 |
| B-49 | Graham M. Parks, etc. v. Arrow Air, Inc. | E.D.NY. Costantino | CV-86-1231 |
| B-50 | Janice Schremp, etc. v. Arrow Air, Inc. | W.D.Pa. Diamond | CA-86-731 |

JPML FORM 1A                                                          p. 5



JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO.   683 -- In re Air Crash Disaster at Gander, Newfoundland, on December 12, 1985

| Date | Ref. | Pleading Description |
|------|------|---------------------|
| 86/05/02 | | CONDITIONAL TRANSFER ORDERS FINAL TODAY (B-32 thru B-35 listed below) -- NOTIFIED INVOLVED JUDGES, CLERKS AND COUNSEL (cds) |

B-32   Mayrener Alexander, et al. v. Arrow Air, Inc.   E.D.La. McNamara   86-0531-SECT. D MAG. 4

B-33   Naomi Hemingway, etc. v. Arrow Air, Inc., et al.   E.D.N.Y. Nickerson   CV-86-0199

B-34   Jacqueline E. Brancato, et al. v. Arrow Air, Inc., et al.   E.D.N.Y. Nickerson   CV-86-0470

B-35   Gidget L. Heidecker, et al. v. Arrow Air, Inc.   E.D.Pa. Weiner   86-0305

| 86/05/05 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- (B-51 thru B-55) listed below -- Notified involved counsel and judges (rh) |

B-51   Hester Quiller Stone, et al. v. Arrow Air, Inc.   N.D. Texas Fitzwater   CA-3-86-0736-D

B-52   William Gray et al. v. Arrow Air, Inc.   N.D. Texas Maloney   CA-3-86-0240-T

B-53   Mary Froelich, etc. Arrow Air, Inc.   N.D. Texas Hill   CA-3-85-2592-D

B-54   Elizabeth A. Wester, etc. v. Arrow Air, Inc.   W.D. PA Diamond   86-769

B-55   Nellie Jane Manning, etc. v. Arrow Air, Inc.   N.D. Ala. Lynne   CV-86-L-0142-S

| 86/05/06 | 28 | MOTION, BRIEF FOR TRANSFER OF TAG-ALONG ACTIONS to the W.D. Kentucky -- McDonnell Douglas Corp. w/REQUEST FOR IMMEDIATE HEARING -- (B-60) Thomas v. Arrow Air, Inc., et al., S.D.Fla., 86-0645 and Ward v. Arrow Air, Inc., S.D. Fla., C.A. No. 86-0646 w/svc. on clerks and counsel. (rew) |
| 86/05/13 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- B-37 Warren G. Wood, Jr., et al. v. Arrow Air, Inc., W.D. Wash., C.A. No. 86-046-C -- NOTIFIED INVOLVED JUDGES, CLERKS AND COUNSEL (cds) |
| 86/05/15 | 29 | NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER -- (B-36) Darcy Ocasio, et al. v. Arrow Air, Inc., D. Puerto Rico, C.A. No. 86-0278-JAF -- NOTIFIED INVOLVED JUDGES AND COUNSEL *plaintiff Darcy Ocasio, et al.* (cds) |
| 86/05/15 | 30 | MOTION TO VACATE CONDITIONAL TRANSFER ORDER (B-31) George R. Kee, et al. v. Arrow Air, Inc., et al., S.D. Florida, C.A. No. 86-0273-CIV-Scott -- pltf. George R. Kee -- w/cert. of service (cds) |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 683 -- In re Air Crash Disaster at Gander, Newfoundland, on
December 12, 1985

| Date | Pleading Description |
|---|---|
| 86/05/19 | CONDITIONAL TRANSFER ORDERS FINAL TODAY -- B-38 thru B-50 listed below -- Notified involved judges and clerks  (cds) |

| | | | |
|---|---|---|---|
| B-38 | Susan McArdle, et al. v. Arrow Air, Inc., et al. | D.Ariz. Carroll | CIV-86-0266-PCT-EHC |
| B-39 | Christine L. Manion, etc. v. Arrow Air, Inc. | E.D.N.Y. Costantino | CV-86-0397 |
| B-40 | Yang Mi Johnson, etc. v. Arrow Air, Inc. | E.D.N.Y. Costantino | CV-86-0414 |
| B-41 | Hyon Suk Jennings, etc. v. Arrow Air, Inc. | E.D.N.Y. Costantino | CV-86-0445 |
| B-42 | O. Pok Sellner, etc. v. Arrow Air, Inc. | E.D.N.Y. Costantino | CV-86-0589 |
| B-43 | Barbara Lee Foskey, etc. v. Arrow Air, Inc. | E.D.N.Y. Costantino | CV-86-0590 |
| B-44 | Brenda Richardson, etc. v. Arrow Air, Inc. | E.D.N.Y. Costantino | CV-86-0741 |
| B-45 | Debra Godsey, etc. v. Arrow Air, Inc. | E.D.N.Y. Costantino | CV-86-0742 |
| B-46 | Susan Yvonne Russell, etc. v. Arrow Air, Inc. | E.D.N.Y. Costantino | CV-86-0893 |
| B-47 | Dawn O. Simmons, etc. v. Arrow Air, Inc. | E.D.N.Y. Costantino | CV-86-0894 |
| B-48 | Tammy Lynn Reynolds, et al. v. Arrow Air, Inc. | E.D.N.Y. Costantino | CV-86-1164 |
| B-49 | Graham M. Parks, etc. v. Arrow Air, Inc. | E.D.NY. Costantino | CV-86-1231 |
| B-50 | Janice Schremp, etc. v. Arrow Air, Inc. | W.D.Pa. Diamond | CA-86-731 |

| Date | Pleading Description |
|---|---|
| 86/05/20 | CONDITIONAL TRANSFER ORDERS FILED TODAY -- B-64 Rodney L. Olson, etc. v. Arrow Air, Inc., eT AL., S.D. Florida, C.A. No. 86-0497-CIV-SPELLMAN; B-65 American National Bank & Trust Co. of Chicago, etc. v. Arrow Air, Inc., et al., N.D. Illinois, C.A. No. 86-C-2485 and B-66 Jan M. Thomas, et al. v. Arrow Air, Inc., N.D. Texas, C.A. No. CA3-86-1158-D -- Notified involved counsel and judges  (rh) |
| 86/05/21 | CONDITIONAL TRANSFER ORDERS FINAL TODAY -- (B-51 thru B-55 listed below) -- Notified involved judges and clerks  (cds) |

| | | | |
|---|---|---|---|
| B-51 | Hester Quiller Stone, et al. v. Arrow Air, Inc. | N.D. Texas Fitzwater | CA-3-86-0736-D |
| B-52 | William Gray et al. v. Arrow Air, Inc. | N.D. Texas Maloney | CA-3-86-0240-T |
| B-53 | Mary Froelich, etc. Arrow Air, Inc. | N.D. Texas Hill | CA-3-85-2592-D |
| B-54 | Elizabeth A. Wester, etc. v. Arrow Air, Inc. | W.D. PA Diamond | 86-769 |
| B-55 | Nellie Jane Manning, etc. v. Arrow Air, Inc. | N.D. Ala. Lynne | CV-86-L-0142-S |

JPML FORM 1A                                                    *p. 7*

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 683 -- In re Air Crash Disaster at Gander, Newfoundland, on December 12, 1985

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 86/05/21 | 31 | RESPONSE (to pldg. #28) -- pltf. Lyle D. Thomas -- w/cert. of service (cds) |
| 86/05/21 | 32 | RESPONSE (to pldg. #28) -- pltf. Thelma Ward -- w/cert. of service (cds) |
| 86/05/21 | | APPEARANCES: AARON S. PODHURST, ESQ. for Lyle D. Thomas, etc. and Thelma Ward, et al. (cds) |
| 86/05/21 | 33 | JOINDER IN MOTION (re: Pldg. 28) -- deft. World Airways, Inc. -- w/cert. of service (cds) |
| 86/05/23 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- B-67 thru B-75 listed below -- Notified involved counsel and judges (rh) |

| | | | |
|------|------|------|------|
| B-67 | Rhonda Lynette Roberts, et al. v. Arrow Air, Inc., et al. | S.D.Fla. Hoeveler | 86-0272-CIV-HOEVELER |
| B-68 | David Lee Rawls, Sr., et al. v. Arrow Air, Inc., et al. | S.D.Fla. Davis | 86-0371-CIV DAVIS |
| B-69 | Lillian Ann Wright, etc. v. Arrow Air, Inc., et al. | S.D.Fla. Kehne | 86-0834-CIV-KEHOE |
| B-70 | John Benson, etc. v. Arrow Air, Inc., et al. | S.D. Fla. Nesbitt | 86-0752-CIV-LCN |
| B-71 | Dollie (Monoil) Campbell, etc. v. Arrow Air, Inc.. | E.D.N.Y. Costantino | CV-86-1158 |
| B-72 | Wilhelmina Thomas, etc. v. Arrow Air, Inc. | E.D.N.Y. Costantino | CV-86-1159 |
| B-73 | Carl W. Stearn, et al. v. Arrow Air, Inc. | E.D.Pa. Weiner | 86-1912 |
| B-74 | Sara Collazo Colon, et al. v. Arrow Air, Inc. et al. | D. P.R. Laffitte | 86-0030-HL |
| B-75 | Marvin A. Jeffcoat, et al. v. Arrow Air, Inc. | N.D.Tex. Sanders | CA3-86-1130-H |

| 86/05/30 | | CORRECTION ORDER -- A-6 Donald P. Hobbs, et al. v. Arrow Air, Inc., M.D. Florida, C.A. No. 85-1917-Civ-T-15 (Deleted from Schedule A on Transfer Order filed 4/10/86) -- Notified involved counsel, judges, clerks, misc. recipients and interested publishers (rh) |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. **683**

| | DATE | | Pleading Description |
|---|---|---|---|
| 86/06/03 | 34 | | LETTER -- Plaintiffs Ward and Thomas w/order from Judge King in Southern Florida dated May 27, 1986 remanding Ward and Thomas and other actions to Florida State Court. (tmq) |
| 86/06/03 | | | ORDER DENYING MOTION AS MOOT -- B-62 Thelma Ward and B-61 Lyle D. Thomas -- Notified involved judges, counsel and clerks. (tmq) |
| 86/06/03 | 35 | | NOTICE OF OPPOSITION -- Plaintiff Lillian Ann Wright (tmq) |
| 86/06/03 | | | ORDER VACATING CONDITIONAL TRANSFER ORDERS filed on April 16, and May 23, 1986  -- B-31 George Kee (See pldg. #30 motion to vacate moot); B-67 Rhonda Lynette Roberts, B-68 David Lee Rawls, B-69 Lillian Ann Wright and B-70 John Benson -- Notified judges, clerks and counsel. (tmq) |
| 86/06/04 | 36 | | LETTER -- signed by Jorge Ortiz Brunet -- W/COPY OF PUERTO RICO ORDER RE DARCY OCASIO (tmq) |
| 86/06/04 | | | ORDER VACATING CONDITIONAL TRANSFER ORDER -- B-36 Darcy Ocasio, et al. v. Arrow Air, Inc., District of Puerto Rico, C.A. No. 86-0278-JAF -- Notified involved judges, clerk and counsel. (tmq) |
| 86/06/05 | | | CONDITIONAL TRANSFER ORDERS FINAL TODAY -- B-64 Rodney L. Olson, etc. v. Arrow Air, Inc., et al., S.D. Fla., C.A. No. 86-0497-CIV-SPELLMAN; B-65 American National Bank & Trust Co. of Chicago, etc. v. Arrow Air, Inc., et al., N.D. Ill., C.A. No. 86-C-2485 and B-66 Jan M. Thomas, et al. v. Arrow Air, Inc., N.D. Tex., C.A. No. CA3-86-1158-D -- Notified involved judges and clerks (rh) |
| 86/06/06 | 37 | | NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDERS -- Plaintiffs -- B-71 Dollie (Meneil) Campbell, etc. v. Arrow Air, Inc., E.D. New York, C.A. No.CV-86-1158 and B-72 Wilhelmina Thomas, etc. v. Arrow Air, Inc., E.D. New York, C.A. No. CV-86-1159 -- NOTIFIED INVOLVED JUDGES AND COUNSEL. (paa) |
| 86/06/10 | | | CONDITIONAL TRANSFER ORDERS FINAL TODAY -- B-73 Carl W. Stearn, et al. v. Arrow Air, Inc., E.D. Pa., C.A. No. 86-1912; B-74 Sara Collazo Colon, et al. v. Arrow Air, Inc., et al., D. Puerto Rico, C. A. No. 86-0030-HL and B-75 Marvin A. Jeffcoat, et al. v. Arrow Air, Inc., N.D. Texas, C.A. No. CA3-86-1130-H -- Notified involved judges and clerks (rh) |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 683 -- IN RE AIR CRASH DISASTER AT GANDER, NEWFOUNDLAND, ON
DECEMBER 12, 1985

| Date | Ref. | Pleading Description |
|------|------|---------------------|
| 86/06/20 | | HEARING ORDER -- Setting Motion to Vacate CTOs of plaintiffs Dollie (Meneil) Campbell and Wilhelmina Thomas to transfer of B-71 and B-72. Notified involved counsel, clerks and judges (tmq) |
| 86/06/24 | 38 | MOTION/BRIEF TO VACATE CONDITIONAL TRANSFER ORDER -- (to pldg. #37) (B-71) Dollie (Meneil) Campbell, etc. v. Arrow Air, Inc., E.D. New York, C.A. No. CV-86-1158 and (B-72) Wilhelmina Thomas, etc. v. Arrow Air, Inc., E.D. New York, C.A. No. CV-86-1159 -- Filed by pltfs. Dollie (Meneil) Campbell, etc. and Wilhelmina Thomas, etc. -- w/cert. of svc. (rh) |
| 86/07/01 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- C-88 Donna L. Mendoza, etc. v. Arrow Air Inc., et al., N.D. California, C.A. No. C-86-2960-TEH -- Notified involved counsel and judges (rh) |
| 86/07/03 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- C-89 Sydney D. Jennings, etc. v. Arrow Air, Inc., E.D. New York, C.A No. CV-86-1700 and C-90 Timothy E. Powell, etc. v. Arrow Air, Inc., W.D. Oklahoma, C.A. No. CIV-86-0890-R -- Notified involved counsel and judges (rh) |
| 86/07/17 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- C-88 Donna L. Mendoza, etc. v. Arrow Air Inc., et al., N.D. California, C.A. No. C-86-2960-TEH -- NOTIFIED CLERKS & JUDGES.  (paa) |
| 86/07/18 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- C-91 Ronald Lee Hobbs, et al. v. Arrow Air, Inc., et al., D. Arizona, C.A. No. CIV-86-489-PHX-EHC -- Notified involved counsel and judges (rh) |
| 86/07/22 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- C-89 Sydney D. Jennings, etc. v. Arrow Air, Inc., E.D. New York, C.A. No. CV-86-1700 and C-90 Timothy E. Powell, etc. v. Arrow Air, Inc., W.D. Oklahoma, C.A. NO. CIV-86-0890-R -- NOTIFIED CLERKS AND JUDGES.  (paa) |
| 86/07/22 | | WAIVERS OF ORAL ARGUMENT -- ALL WAIVED (hearing for July 24, 1986) (rh) |
| 86/08/05 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- C-93 Maggie M. Lauderdale, et al. v. Arrow Air, Inc., et al., E.D. New York, C.A. No. CV-86-2092 -- Notified involved counsel and judges (rh) |

JPML FORM 1A

### DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 683 -- IN RE AIR CRASH DISASTER AT GANDER, NEWFOUNDLAND, ON DECEMBER 12, 1985

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 86/08/05 | | CONDITIONAL TRANSFER ORDER FINAL TODAY C-91 -- Ronald Lee Hobbs, et al. v. Arrow Air, Inc., et al., D. Arizona, C.A. No. CIV-86-489-PHX-EHC -- Notified involved judges and clerks. (tmq) |
| 86/08/07 | | TRANSFER ORDER -- Transferring B-71 Dollie (Meneil) Campbell & B-72 Wilhelmina Thomas to the Western District of Kentucky for assignment to the Honorable Edward H. Johnstone -- NOTIFIED INOVLVED JUDGES, CLERKS, COUNSEL. (paa) |
| 86/08/12 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- C-96 Wendell Wallace, et al. v. Arrow Air, Inc., N.D. Cal., C.A. No. C86-37828-WWS, C-97 Sandra Andreoff, et al. v. Arrow Air, Inc., N.D. Cal., C.A. No. C86-3729-JPV and C-98 Theresa Pafford, et al. v. Arrow Air, Inc., et al., N.D. Cal., C.A. No. C86-3730-WWS -- NOTIFIED INVOLVED JUDGES AND COUNSEL (paa) |
| 86/08/21 | | CONDITIONAL TRANSFER ORDER FINAL TODAY C-93 -- Maggie M. Lauderdale, et al. v. Arrow Air, Inc., et al., E.D. New York, C.A. No. CV-86-2092 -- Notified involved judges and clerks. (tmq) |
| 86/08/28 | | CONDITIONAL TRANSFER ORDER FINAL TODAY C-97 -- Sandra Andreoff, et al. v. Arrow Air, Inc., et al., N.D. California, C.A. No. C86-3729-JPV, Theresa Pafford, et al. v. Arrow Air, Inc., et al. N.D. California, C.A. No. C86-3730-WWS and Wendell Wallace, et al. v. Arrow Air, Inc., et al. N.D. California, C.A. No. C867-3728-WWS -- Notified involved clerks and judges. (tmq) |
| 86/09/12 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- C-104 Robert Eastman v. Arrow Air, Inc., et al., S.D. Florida, C.A. No. 86-6572-CIV-ROETTGER and C-105 Ruby P. Moore, etc. v. Arrow Air, Inc., E.D. New York, C.A. No. 86-2773 -- Notified involved counsel and judges (rh) |
| 86/09/19 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- C-106 Verdie A. Vinson, etc. v. Arrow Air, Inc., E.D. New York, C.A. No. CV-86-1817 and C-107 Ulrike E. Nelson, etc. v. Arrow Air, Inc., E.D. New York, C.A. No. CV-86-2512 -- Notified involved counsel and judges (rh) |

683     In re Air Crash Disaster at Gander, Newfoundland, on
        December 12, 1985

86/09/30          CONDITIONAL TRANSFER ORDERS FINAL TODAY -- C-104 Robert
                  Eastman v. Arrow Air, Inc., et al., S.D. Florida, C.A. No.
                  86-6572-CIV-ROETTGER and C-105 Ruby P. Moore, etc. v. Arrow
                  Air, Inc., E.D. New York, C.A. No. 86-2773 -- Notified
                  involved judges and clerks  (cds)

86/10/07          CONDITIONAL TRANSFER ORDER FINAL TODAY -- C-106  Verdie A.
                  Vinson, etc. v. Arrow Air, Inc. E.D. N.Y. CV-86-1817, C-107
                  Ulrike E. Nelson, etc. v. Arrow Air, Inc. E.D. N.Y.
                  CV-86-2512 -- Notified involved judges and clerks. (tmq)

86/10/17          CONDITIONAL TRANSFER ORDER FILED TODAY -- C-117 Theodore M.
                  Wisson, Sr., et al. v. Arrow Air, Inc., et al., W.D.
                  Michigan, C.A. No. G86-828-CA1 -- Notified involved counsel
                  and judges (rh)

86/11/03     39   MOTION TO SEVER & REMAND SIX ACTIONS TO THEIR ORIGINAL
                  TRANSFEROR COURTS -- Pltfs.: Mary Froelich; Opal Green;
                  William Gray; Hester Quiller Stone; Marvin Jeffcoat & Jan M.
                  Thomas -- W/Attachments, Schedule of actions, Memorandum &
                  Amended Certificate of service -- NOTIFIED INVOLVED COUNSEL.
                  (paa)                                        FINAL TODAY

86/11/04          ~~ORDER LIFTING STAY OF~~ CONDITIONAL TRANSFER ORDER (C-117)
                  Theodore M. Wisson, Sr., et al. v. Arrow Air, Inc., et al.,
                  W.D. Michigan, C.A. No. 86-828-CA1 -- Notified involved
                  judges, clerks and counsel  (cds)

86/11/06          CONDITIONAL TRANSFER ORDERS FILED TODAY -- (C-118) Philip J.
                  Smith, et al. v. Arrow Air, Inc., N.D. Ga., C.A. No.
                  C86-2056A; and (C-119) Hugh Caudill, etc. v. Arrow Air, Inc.,
                  E.D. N.Y., C.A. No. CV-86-3627 -- NOTIFIED INVOLVED JUDGES
                  AND COUNSEL  (cds)

86/11/13     40   MOTION, BRIEF -- TO SEVER AND REMAND FOR COMPENSATORY DAMAGES
                  -- (B-35) Gidget L. Heidecker, et al. v. Arrow Air, W.D. Ky.,
                  C.A. No. 86-180 (E.D.Pa., 86-305) -- from Plaintiff Gidget L.
                  Heidecker, et al. w/cert. of svc. (rew)

86/11/14     41   MOTION, BRIEF, EXHIBIT TO SEVER AND REMAND FOR COMPENSATORY
                  DAMAGES -- (B-55) Nellie Jane Manning, etc. v. Arrow Air,
                  Inc., W.D. Ky, C.A. No. C86-0123P(J) (N.D. Ala.,
                  CV-86-L-0142-S) -- from pltf. Nellie Jane Manning, etc. --
                  w/cert. of service  (cds)

86/11/17     42   RESPONSE (to pldg. #39) -- defts. Arrow Air, Inc., Batch Air,
                  Inc., and International Air Leases, Inc. -- w/cert. of
                  service  (cds)

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 683 -- In re Air Crash Disaster at Gander, Newfoundland, on
December 12, 1985

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 86/11/20 | 43 | NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER (C-118) Phillip J. Smith, et al. v. Arrow Air, Inc., N.D. Georgia, C.A. No. C86-2056A -- pltfs. Phillip J. Smith, et al. -- w/cert. of service  (cds) |
| 86/11/20 | 44 | MOTION TO REMAND AND SEVER -- filed by plaintiff intervenors Moses Hardeman, et al. in (A-1) Opal Green, et al., Moses Hardeman, et al. v. Arrow Air, Inc., W.D. Ky., #C86-0158P(J) (N.D. Texas, #CA3-85-2594-H) -- w/Memorandum and cert. of service  (cds) |
| 86/11/24 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- C-119 Hugh Caudill, etc. v. Arrow Air, Inc., E.D. New York, C.A. No. CV-86-3627 -- NOTIFIED INVOLVED JUDGES AND CLERKS  (cds) |
| 86/11/25 | 45 | RESPONSE (to pldg. #41) -- defts. Arrow Air, Inc., Batch Air, Inc., and International Air Leases -- w/cert. of service  (cds) |
| 86/11/26 | 46 | RESONSE (to pldg. #40) -- defts. Arrow Air, Inc., Batch Air, Inc. and International Air Leases, Inc. -- w/cert. of service  (cds) |
| 86/12/03 | 47 | MOTION/BRIEF TO VACATE CONDITIONAL TRANSFER ORDER -- (to pldg. #43) C-118 Philip J. Smith, et al. v. Arrow Air, Inc., N.D. Georgia, C.A. No. C86-2056A -- Filed by pltf. Philip J. Smith -- w/cert. of svc. (rh) |
| 86/12/19 | | HEARING ORDER -- setting opposition to transfer of (C-118) Philip J. Smith, et al.; motions of plaintiffs Mary Froelich, Opal Green, Willial Gray, Hester Quiller Stone, Marvin A. Jeffcoat, Jan M. Thomas, Gidget L. Heidecker, Nellie J. Manning; and partial joinder of intervenor plaintiff Hardeman in Opal Green for Panel hearing on January 29, 1987 in Tampa, Florida  (cds) |
| 86/12/19 | | CONDITIONAL TRANSFER ORDER FILED TODAY C-141 -- Delana Christy, et al. v. Arrow Air, Inc., et al., E.D. Louisiana, C.A. No. 86-5085 Sect. E. Mag. 1 -- Notified involved counsel and judges. (tmq) |
| 86/12/23 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- C-142 Mark Kuehn, et al. v. Arrow Air, Inc., D. Delaware, C.A. No. 86-569 -- NOTIFIED INVOLVED JUDGES & COUNSEL  (paa) |

JPML FORM 1A                                                                           P. 13

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 683 -- IN RE AIR CRASH DISASTER AT GANDER, NEWFOUNDLAND, ON
DECEMBER 12, 1985

| Date | Ref. | Pleading Description |
|------|------|---------------------|
| 87/01/06 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- C-141 Delena Christy, et al. v. Arrow Air, Inc., et al., F.D. Louisiana, C.A. No. 86-5085 Sect. E Mag. 1 -- NOTIFIED INVOLVED CLERKS, JUDGES. (paa) |
| 87/01/09 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- C-142 Mark Kuehn, et al. v. Arrow Air, Inc., D. Delaware, C.A. No. 86-569 -- NOTIFIED INVOLVED JUDGES AND CLERKS. (paa) |
| 87/01/16 | 48 | MOTION/MEMORANDUM TO SEVER AND REMAND -- Filed by plaintiffs Raymond Francis Brady, Jr., etc. v. Arrow Air, Inc., et al., W.D. Kentucky, C.A. No. C-86-0139P(J), N.D. Ohio, C.A. No. 85-3953A; Frederic P. Seitz, etc. v. Arrow Air, Inc., et al., W.D. Kentucky, C.A.No. C-86-0140P(J), N.D. Ohio, C.A. No. 85-3876A -- W/Cert. of Svc. (paa) |
| 87/01/20 | 49 | MOTION, MEMORADUM & STIPULATION TO SEVER & REMAND -- Filed by plaintiff Wilhelmina Thomas, et al. v. Arrow Air, Inc., E.D. New York, C.A. No. C86-0334P(J) -- W/Exhibit A and Cert. of Svc. (paa) |
| 87/01/21 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- C-143 Joseph L. DiVentura, etc. v. Arrow Air, Inc., D. South Carolina, C.A. No. 2-86-3004-8 -- Notified involved counsel and judges (rh) |
| 87/01/22 | | ORDER VACATING CONDITIONAL TRANSFER ORDER AND VACATING HEARING -- C-118 Philip J. Smith, et al. v. Arrow Air, Inc., N.D. Georgia, C.A. No. C86-2056A (Jan. 29, 1987 hearing is Vacated) -- Notified involved counsel, judges and clerks (rh) |
| 87/01/28 | | HEARING APPEARANCES: (hearing of 1/29/87) JOHN HOWIE, ESQ. for Mary Froelich, et al., Opal Green, et al., William Gray, et al., Hester Quiller Stone, et al., Marvin A. Jeffcoat, et al., Jan M. Thomas, et al., and Nellie J. Manning, etc.; JOHN J. MARTIN, ESQ. for Arrow Air, Inc., Batch Air, Inc., International Air Lease, IAL, George Batchelor, and Jon Batchelor (rh) |
| 87/01/28 | | WAIVER OF ORAL ARGUMENT: (hearing of 1/29/87) World Airways, Inc.; Gidget L. Heidecker, et al. (rh) |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 683 --  _____

| Date | Ref. | Pleading Description |
|------|------|---------------------|
| 87/02/02 | 50 | RESPONSE (to pldg. #48) -- Arrow Air, Inc., et al. -- w/cert. of svc. (tmq) |
| 87/02/03 | | NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER -- from Mr. Gedney M. Howe, III, C-143 Joseph L. DiVentura, etc. v. Arrow Air, Inc., D. S.C., C.A. No. 2 86 3004 8 -- Notified involved liaison counsel and judges. (tmq) |
| 87/02/05 | | ORDER DENYING REMAND -- B-53 Mary Froelich, etc.; A-1 Opal Green, etc.; B-52 William Gray, et al.; B-51 Hester Quiller Stone, et al.; B-75 Marvin Jeffcoat, et al; B-66 Jan M. Thomas, et al; B-35 Gidget L. Heidecker, et al; B-55 Nellie J. Manning, etc. -- NOTIFIED INVOLVED CLERKS, JUDGES, COUNSEL & MISC. RECIPIENTS -- (paa) |
| 87/02/10 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- C-146 Awilda Sanchez Sierra Cruz, etc. v. Arrow Air, Inc., et al., S.D. Florida, C.A. No. 86-2446-Civ-SCOTT; B-147 Peggy Nartia, etc. v. Arrow, Inc. et al., S.D. Florida, C.A. No. 86-2449-Civ-HASTINGS; C-148 Orlando Council, Sr., et al. v. Arrow Air, Inc., et al., S.D. Florida, C.A. No. 86-2502-Civ-SPELLMAN and C-149 Maynard L. Whiteman, etc. v. Arrow Air, Inc., et al., S.D. Florida, C.A. 86-2521-Civ-SPELLMAN -- Notified involved counsel and judges (rh) |
| 87/02/12 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- C-150 Evelyn Wooliver, et al. v. McDonnell Douglas Corporation, et al., S.D. Illinois, C.A. No. 87-5010 -- Notified involved counsel and judges (rh) |
| 87/02/13 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- C-151 Waynetta Wooliver, et al. v. McDonnell Douglas Corporation, et al., S.D. Illinois, C.A. NO. 87-3040 -- NOTIFIED INVOLVED JUDGES & COUNSEL. (paa) |
| 87/02/19 | | HEARING ORDER -- Setting motions to sever and remand Thomas, Brady, and Seitz for Panel Hearing on March 26, 1987 in San Diego, California (cds) |

JPML FORM 1A

*P-15*

### DOCKET ENTRIES

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 683 __   **IN RE AIR CRASH DISASTER AT GANDER, NEWFOUNDLAND, ON**

**DECEMBER 12, 1985**

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 87/02/20 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- C-152 Johnnie Alexander, et al. v. George Batchelor, et al., S.D. Florida, C.A. No. 86-2489-CIV-NESBITT, C-153 Riley C. Darnell, et al. v. George Batchelor, et al., S.D. Florida, C.A. No. 86-2490-CIV-MARCUS, C-154 Thomas Lee Martin, Sr., etc. v. Arrow Air, Inc., S.D. Florida, C.A. No.86-2491-CIV-MARCUS, C-155 Henry Abrams, etc, v. Arrow Air, Inc., et al., S.D. Florida, C.A. No.86-2492-CIV-HOEVELER, C-156 Mayrener Alexander, et al. v. George Batchelor, et al., S.D. Florida, C.A. No. 86-2500-CIV-HASTINGS, C-157 Sharon L. Wilson, etc. v. Arrow Air, Inc., et al., S.D. Florida, C.A. No.86-2501-CIV-KEHOE, C-158 Delena Christy, etc. v. Arrow Air, Inc., et al., S.D. Florida, C.A. No. 86-2527-CIV-HASTINGS, C-159 Janice Schremp, etc. v. Arrow Air, Inc., et al., W.D. Pennsylvania, C.A. No. 87-214 and C-160 Elizabeth A. Wester, etc. v. Arrow Air, Inc., et al., W.D. Pennsylvania, C.A. No. 87-215 -- NOTIFIED INVOLVED JUDGES & COUNSEL  (paa) |
| 87/02/26 | | CONDITIONAL TRANSFER ORDERS FINAL TODAY -- C-146 Awilda Sanchez Sierra Cruz, etc. v. Arrow Air, Inc., et al., S.D. Florida, C.A. No. 86-2446-Civ-SCOTT; B-147 Peggy Nartia, etc. v. Arrow, Inc. et al., S.D. Florida, C.A. No. 86-2449-Civ-HASTINGS; C-148  Orlando Council, Sr., et al. v. Arrow Air, Inc., et al., S.D. Florida, C.A. No. 86-2502-Civ-SPELLMAN and C-149 Maynard L. Whiteman, etc. v. Arrow Air, Inc., et al., S.D. Florida, C.A. 86-2521-Civ-SPELLMAN -- Notified involved counsel and judges (tmq) |
| 87/03/02 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- C-150 Evelyn Wooliver, et al. v. McDonnell Douglas Corp., et al., S.D. Illinois, C.A. No. 87-5010 -- NOTIFIED INVOLVED JUDGES AND CLERKS  (cds) |
| 87/03/03 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- C-151 Waynetta Wooliver, et al. v. McDonnell Douglas Corp., et al., S.D. Illinois, C.A. No. 87-3040 -- NOTIFIED INVOLVED JUDGES AND CLERKS  (cds) |

p.16

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 683 -- 2

| Date | Ref. | Pleading Description |
|------|------|---------------------|
| 87/03/10 | | CONDITIONAL TRANSFER ORDERS **FINAL** TODAY -- C-152 Johnnie Alexander, et al. v. George Batchelor, et al., S.D. Florida, C.A. No. 86-2489-CIV-NESBITT, C-153 Riley C. Darnell, et al. v. George Batchelor, et al., S.D. Florida, C.A. No. 86-2490-CIV-MARCUS, C-154 Thomas Lee Martin, Sr., etc. v. Arrow Air, Inc., S.D. Florida, C.A. No.86-2491-CIV-MARCUS, C-155 Henry Abrams, etc, v. Arrow Air, Inc., et al., S.D. Florida, C.A. No.86-2492-CIV-HOEVELER, C-156 Mayrener Alexander, et al. v. George Batchelor, et al., S.D. Florida, C.A. No. 86-2500-CIV-HASTINGS, C-157 Sharon L. Wilson, etc. v. Arrow Air, Inc., et al., S.D. Florida, C.A. No.86-2501-CIV-KEHOE, C-158 Delena Christy, etc. v. Arrow Air, Inc., et al., S.D. Florida, C.A. No. 86-2527-CIV-HASTINGS, C-159 Janice Schremp, etc. v. Arrow Air, Inc., et al., W.D. Pennsylvania, C.A. No. 87-214 and C-160 Elizabeth A. Wester, etc. v. Arrow Air, Inc., et al., W.D. Pennsylvania, C.A. No. 87-215 -- NOTIFIED INVOLVED JUDGES & CLERKS (cds) |
| 87/03/13 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- C-161 Planters Bank & Trust Co. of Hopkinsville, Kentucky, etc. v. Arrow Air, Inc., et al., S.D. Florida, C.A. No. 86-2532-CIV-ARONOVITZ -- Notified involved counsel and judges (rh) |
| 87/03/19 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- C-162 Donna Pafford, etc. v. Arrow Air, Inc., et al., S.D. Florida, C.A. No. 86-2338-CIV-ARONOVITZ; C-163 Sandra Andreoff, et al. v. George Batchelor, S.D. Florida, C.A. No. 86-2503-CIV-ATKINS and C-164 Ida Mae Walker, etc. v. Arrow Air, Inc., et al., S.D. Florida, C.A. No. 86-2512-CIV-ARONOVITZ -- Notified involved counsel and judges (rh) |
| 87/03/26 | | WAIVERS OF ORAL ARGUMENT FOR 3/26/87 HEARING SAN DIEGO, CALIFORNIA -- ALL WAIVE (tmq) |
| 87/03/27 | | ORDER VACATING CONDITIONAL TRANSFER ORDER - C-143 Joseph L. DiVentura, etc. v. Arrow Air, Inc., D. South Carolina, C.A. No. 2 86 3004-8 -- Notified involved judges, counsel and clerk. (tmq) |
| 87/03/27 | 51 | ORDER OF DISMISSAL -- C-143 Joseph L. DiVentura, etc. v. Arrow Air, Inc., D. South Carolina, C.A. No. 2 86 3004-8.(tmq) |

JPML FORM 1A

B 16

### DOCKET ENTRIES

#### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 683 -- _____

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 87/03/31 | | CONDITIONAL TRANSFER ORDER FINALED TODAY -- C-161 Planters Bank & Trust Co. of Hopkinsville, Kentucky, etc. v. Arrow Air, Inc., et al. S.D. Florida, C.A. No. 86-2532-CIV-ARONOVITZ -- Notified involved judges and clerks. (cds) |
| 87/03/31 | | ORDER DENYING REMAND -- A-9, A-10, and B-72 -- NOTIFIED INVOLVED COUNSEL MISC. RECIPIENTS AND JUDGE. (tmq) |
| 87/04/03 | | CONDITIONAL TRANSFER ORDER -- C-165 Hugh Caudill, et al. v. George Batchelor, et al., S.D. Florida, C.A. No. 86-2293-CIV-DAVIS; C-166 Joseph A. Bowen v. Arrow Air, Inc., et al., D. Nevada, CV S-86-835 LDG -- Notified involved counsel and judges. (tmq) |
| 87/04/06 | | CONDITIONAL TRANSFER ORDERS FINAL TODAY -- C-162 Donna Pafford, etc. v. Arrow Air, Inc., et al., S.D. Florida, C.A. No. 86-2338-CIV-ARONOVITZ; C-163 Sandra Andreoff, et al. v. George Batchelor, et al., S.D. Florida, C.A. No. 86-2503-CIV-ATKINS and C-164 Ida Mae Walker, etc. v. Arrow Air, Inc., et al., S.D. Florida, C.A. No. 86-2512-ARONOVITZ -- Notified involved judges and clerks (rh) |
| 87/04/21 | | CONDITIONAL TRANSFER ORDERS FINAL TODAY -- C-165 Hugh Caudill, et al. v. George Batchelor, et al., S.D. Florida, C.A. No. 86-2293-CIV-DAVIS and C-166 Joseph A. Bowen v. Arrow Air, Inc., et al., D. Nevada, C.A. No. CV-S-86-835-LDG -- Notified invovled judges and clerks (rh) |
| 87/05/21 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- C-168 Evelyn Wooliver, etc. v. Arrow Air, Inc., et al., S.D Illinois, C.A. No. 86-3499 -- Notified involved counsel and judges (rh) |
| 87/06/08 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- C-168 Evelyn Wooliver, etc. v. Arrow Air, Inc., et al., S.D. Illinois, C.A. No. 86-3499 -- Notified involved clerks and judges. (tmq) |
| 87/06/15 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- C-169 Evelyn Wooliver, etc. v. Arrow Air, Inc., et al., S.D. Florida, C.A. No. 86-2519-KEHOE -- NOTIFIED INVOLVED JUDGES & COUNSEL. (paa) |

JPML FORM 1A

*p. 17*

683

| | |
|---|---|
| 87/06/17 | CONDITIONAL TRANSFER ORDERS FILED TODAY -- C-170 to C-172 -- C-170 Frederic P. **Seitz**, et al. v. Arrow Air, Inc., et al., S.D. Florida, C.A. No. 86-2524-CIV-KEHOE, C-171 Patricia E. **Robinson**, et al. v. Arrow Air, Inc., et al., S.D. Florida, C.A. No. 86-2523-CIV-KEHOE, C-172 Robert **Deckman**, etc. v. Arrow Air, Inc., et al., S.D. Florida, C.A. No. 86-2522-CIV-SCOTT -- NOTIFIED INVOLVED JUDGES & COUNSEL -- (paa) |
| 87/07/01 | CONDITIONAL TRANSFER ORDER FINAL TODAY -- C-169 Evelyn Wooliver, et al. v. Arrow Air, Inc., et al., S.D. Florida, #86-2519-CIV-KEHOE -- NOTIFIED INVOLVED JUDGES AND CLERKS (cds) |
| 87/07/09 | CONDITIONAL TRANSFER ORDERS FINAL TODAY (3 actions) - C-170 Frederick P. Seitz, et al. v. Arrow Air, Inc., et al., S.D. Fla., #86-2524-CIV-KEHOE; C-171 Patricia E. Robinson, etc. v. Arrow Air, Inc., et al., S.D. Fla., #86-2523-CIV-KEHOE; and C-172 Robert Deckman, etc. v. Arrow Air, Inc., et al., S.D. Fla., #86-2522-CIV-SCOTT -- Notified involved judges and clerks (cds) |
| 87/11/05 | CONDITIONAL TRANSFER ORDER FILED TODAY -- D-184 Maggie M. Lauderdale, et al. v. George Batchelor, et al., S.D. Florida, C.A. No. 86-2533-CIV-NESBITT -- Notified involved counsel and judges (rh) |
| 87/11/23 | CONDITIONAL TRANSFER ORDER FINAL TODAY -- D-184 Maggie M. Lauderdale, et al. v. George Batchelor, et al., S.D. Florida, #86-2533-Civ-Nesbitt Notified involved judges and clerks (cds) |

JPML Form 1

Revised: 8/78

## DOCKET NO. __683__ -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: In re Air Crash Disaster at Gander, Newfoundland, on December 12, 1985

### SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| March 27, 1986 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | April 10, 1986 | TO | Published 633 F Supp. 50 | W.D. Kentucky 644 | Hon. Edward H. Johnstone | |

**Special Transferee Information**

When you Lift a Stay Send to Clerk
Office in Paducah

DATE CLOSED: _____

Mr. Jesse W. Grider
Clerk, U.S. District Court
322 Federal Building
5th & Broadway
Paducah, Kentucky  42001

Carolyn   502-443-1337

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 683 -- In re Air Crash Disaster at Gander, Newfoundland, on December 12, 1985

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Opal Green, et al. v. Arrow Air, Inc. | Tex.,N. Sanders | CA3-85-2594-H | 4-10-86 | 86-158 | 8/5/87 9/8/87D | |
| A-2 | Francis Joseph, etc. v. Arrow Air, Inc. | Ky.,W. Johnstone | C-85-0370 P(J | N/T N | | 9/2/87D | |
| A-3 | Nellie Malone, etc. v. Arrow Air, Inc., et al. | Ky.,W. Johnstone | C-85-0382 P(J | N/T N | | 1/29/88D | |
| A-4 | Melinda Parris, etc. v. Arrow Air, Inc., et al. | Ky.,W. Johnstone | C-86-0001 P(J | N/T N | | 4/ D | |
| A-5 | Thelma Ward, etc. v. Arrow Air, Inc., et al. | N.Y.,E. Costantino | C86-C-0090 | 4-10-86 | 86-185 | 6/30/88D | |
| A-6 | Donald P. Hobbs, et al. v. Arrow Air, Inc. | Fla.,M. Castagna | 85-1917-Civ-T-15 | 4-10-86 | | | |
| A-7 | Henry C. Gerdes, etc. v. Arrow Air, Inc. | Fla.,M. Castagna | 86-34-Civ-T-15 | | | | |
| A-8 | Ross Gayton, etc. v. Arrow Air, Inc., et al. | Ill.,N. Kocoras | 86-C-0398 | 4-10-86 | 86-183 | 12/22/87D | |
| A-9 | Raymond Francis Brady, Jr., etc. v. Arrow Air, Inc., et al. | Ohio,N. Dowd | C85-3953A | 4-10-86 | 86-0139P(J) | 12/22/87D | |
| A-10 | Frederic P. Seitz, etc. v. Arrow Air, Inc., et al. | Ohio,N. Dowd | C85-3876A | 4-10-86 | 86-0140P(J) | 12/22/87D | |
| A-11 | Heriberto Gonzalez Mendez, etc. v. Arrow Air, Inc., etc. | P.R. Fernandez-Badillo | 85-2437 (JAF) | 4-10-86 | 86-0176P(J) | 6/30/88D | |
| A-12 | Bill Willingham v. Arrow Air, Inc. | Tex.,E. | P-86-1-CA | | | | |

6

JBML FORM 1 -- Continuation ⊕

DOCKET NO. 683   -- In re Air Crash Disaster at Gander, Newfoundland, on December 12, 1985

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| XYZ-13 | Yong Suk Cordero, etc. v. Arrow Air | W.D.Ky. | 86-0004P-J | | | 5/10/86 D | |
| XYZ-14 | Shirley M. Duckworth v. Arrow Air, Inc., et al. | W.D.Ky. | 86-0005P-J | | | | |
| XYZ-15 | Debra Faith Kirby, et al. v. Arrow Air, Inc., et al. | W.D.Ky. | 86-0006P-J | | | | |
| XYZ-16 | Lydia M. McCook, etc. v. Arrow Air, Inc., et al. | W.D.Ky | 86-0007P-J | | | | |
| XYZ-17 | Elizabeth Ann Webb Edmonds, et al. v. Arrow Air, Inc., et al. | W.D. Ky | 86-0008P-J | | | | |
| XYZ-18 | Stephanie B. White, etc. v. Arrow Air, Inc., et al. | W.D.Ky | 86-0009P-J | | | | |
| XYZ-19 | Linda Ann Nelson, etc. v. Arrow Air Inc., et al. | W.D.Ky | 86-0011P-J | | | | |
| XYZ-20 | Gwendolyn Sears, etc. v. Arrow Air, Inc., et al. | W.D.Ky | 86-0012P-J | | | | |
| XYZ-21 | Rhonda Rains, etc. v. Arrow Air, Inc., et al. | W.D.Ky. | 86-0013P-J | | | | |
| XYZ-22 | Maureen Eastman, etc. v. Arrow Air, Inc. | W.D.Ky | 86-0014P-J | | | 5/19/87 | |
| XYZ-23 | Grala Gisela, etc. v. Arrow Air, Inc., et al. | W.D.Ky | 86-0015P-J | | | 2/30 | |
| XYZ-24 | Alta Jeanette Smith, etc. v. Arrow Air, Inc., et al. | W.D.Ky | 86-0021P-J | | | 10/5/87 D | |
| XYZ-25 | Amy Jo Nichols, etc. v. Arrow Air, Inc., etc | W.D.Ky | 86-0023P-J | | | | |
| XYZ-26 | Josephine E. Murray v. Arrow Air, Inc., et al. | W.D.Ky. | 86-0036P-J | | | 4/22/87 D | |
| XYZ-27 | Hugh M. Jones, et al. v. Arrow Air, Inc., et al. | W.D.Ky. | 86-0041P-J | | | 10/22/87 D | |

DOCKET NO. 683    -- In re Air Crash Disaster at Gander Newfoundland on December 12, 1985

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| XYZ-28 | Shirley Ann Nelson, etc. v. Arrow Air, Inc., et al. | W.D.Ky. | 86-0046P-J | | | 3/4/87 D | |
| XYZ-29 | Venita King, etc. v. Arrow Air, Inc., et al. | W.D.Ky | 86-0050P-J | | | 7/6/87 D | |
| XYZ-30 | Starlene McWhite, etc. v. Arrow Air, Inc., et al. | W.D.Ky | 86-0053P-J | | | 4/3/ D | |
| B-31 | George R. Kee, et al. v. Arrow Air, Inc., et al. 4-16-86  opposed 5/1/86 | S.D.Fla. Scott | 86-0273-CIV-SCOTT | | x | 5/16/91 D | x 242 |
| B-32 | Mayrener Alexander, et al. v. Arrow Air, Inc. 4-16-86 | E.D.La. McNamara | 86-0531-SECT D MAG. 4 | 5/2/86 | 86-0184 | 5/16/91 D | |
| B-33 | Naomi Hemingway, etc. v. Arrow Air, Inc., et al. 4-16-86 | E.D.N.Y. Nickerson | CV-86-0199 | 5/2/86 | 86-0187 | 11/7/87 D | |
| B-34 | Jacqueline E. Brancato, et al. v. Arrow Air, Inc., et al. 4-16-86 | E.D.N.Y. Nickerson | CV-86-0470 | 5/2/86 | 86-0188 | 2/17/87 D | |
| B-35 | Gidget L. Heidecker, et al. v. Arrow Air, Inc. 4-16-86 | E.D.Pa. Weiner | 86-0305 | 5/2/86 | 86-180P | 4/29/88 D | 6/4/86 |
| B-36 | Darcy Ocasio, et al. v. Arrow Air, Inc. 4-24-86  opposed 3/13/86 | D. P.R Fuste | 86-0278-JAF | | | | |
| B-37 | Warren G. Wood, Jr., et al. v. Arrow Air, Inc., et al. 4-24-86 | W.D.Wash. Coughenour | C86-046-C | 5/13/86 | 86-0189 | 10/1/87 D | |
| B-38 | Susan McArdle, et al. v. Arrow Air, Inc., et al. 5-1-86 | D.Ariz. Carroll | CIV-86-0266-PCT-EHC | 5/19/86 | 86-0311 | 10/15/87 D | |
| B-39 | Christine L. Manion, etc. v. Arrow Air, Inc. 5-1-86 | E.D.N.Y. Costantino | CV-86-0397 | 5/19/86 | 86-032 | 3/8/68 D | |
| B-40 | Yang Mi Johnson, etc. v. Arrow Air, Inc. 5-1-86 | E.D.N.Y. Costantino | CV-86-0414 | 5/19/86 | 86-234 | 3/8/88 D | |

JPML FORM 1 -- Continuation

DOCKET NO. 683 -- In re Air Crash Disaster at Gander Newfoundlan on December 12, 1985

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| B-41 | Hyon Suk Jennings, etc. v. Arrow Air, Inc. 5-1-86 | E.D.N.Y. Costantino | CV-86-0445 | 5-14-86 | 86-038 | 3/8/88 D | |
| B-42 | O. Pok Sellner, etc. v. Arrow Air, Inc. 5-1-86 | E.D.N.Y. Costantino | CV-86-0589 | 5-14-86 | 86-037 | 3/8/88 D | |
| B-43 | Barbara Lee Foskey, etc. v. Arrow Air, Inc. 5-1-86 | E.D.N.Y. Costantino | CV-86-0590 | 5-14-86 | 86-243 | 9/29/87 D | |
| B-44 | Brenda Richardson, etc. v. Arrow Air, Inc. 5-1-86 | E.D.N.Y. Costantino | CV-86-0741 | 5-14-86 | 86-233 | 3/8/88 D | |
| B-45 | Debra Godsey, etc. v. Arrow Air, Inc. 5-1-86 | E.D.N.Y. Costantino | CV-86-0742 | 5-14-86 | 86-251 | 3/3/88 D | |
| B-46 | Susan Yvonne Russell, etc. v. Arrow Air, Inc. 5-1-86 | E.D.N.Y. Costantino | CV-86-0893 | 5-19-86 | 86-230 | 3/22/87 D | |
| B-47 | Dawn O. Simmons, etc. v. Arrow Air, Inc. 5-1-86 | E.D.N.Y. Costantino | CV-86-0894 | 5-19-86 | 86-236 | 9/29/00 | |
| B-48 | Tammy Lynn Reynolds, et al. v. Arrow Air, Inc. 5-1-86 | E.D.N.Y. Costantino | CV-86-1164 | 5-19-86 | 86-231 | 2/14/89 D | |
| B-49 | Graham M. Parks, etc. v. Arrow Air, Inc. 5-1-86 | E.D.NY. Costantino | CV-86-1231 | 5-19-86 | 86-233- | 4/29/00 D | |
| B-50 | Janice Schremp, etc. v. Arrow Air, Inc. 5-1-86 | W.D.Pa. Diamond | CA-86-731 | 5-19-86 | 86-0201 | 1/13/88 D | |
| B-51 | Hester Quiller Stone et al. v. Arrow Air, Inc. 5-5-86 | N.D.Texas Fitzwater | CA-3-86-0736-D | 5/21/86 | 86-004 | 9/28/87 9/4/87 D | |
| B-52 | William Gray et al. v. Arrow Air, Inc. 5-5-86 | N.D.Texas Maloney | CA-3-86-0240-T | 5/21/86 | 86-228 | | |
| B-53 | Mary Froelich, etc. Arrow Air, Inc. 5-5-86 | N.D.Texas Hill | CA3-85-2592-D | 5/21/86 | 86-005- | 10/5/87 D | |

JBML FORM 1 -- Continuation ⊕

Listing of Involved Actions -- p. 5

DOCKET NO. 683 -- IN RE AIR CRASH DISASTER AT GANDER, NEWFOUNDLAND, ON DECEMBER 12, 1985

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| B-54 | Elizabeth A. Wester, etc. v. Arrow Air, Inc. 5-5-86 | W.D. PA Diamond | 86-769 | 5/21/86 | 86-0215P(J) | 1/3/88 D 9/8/87 D | |
| B-55 | Nellie Jane Manning, etc. v. Arrow Air, Inc. 5-5-86 | N.D. Ala Lynne | CV-86-L-0142-S | 5/21/86 | 86-0216P(J) | 8b 52 D | |
| XYZ-56 | Nicholas J. Englebert, Jr., etc. v. Arrow Air, et al. | KY, W. | C86-0110L-- C86-0151P(J) | | | | |
| XYZ-57 | Alonzo Owens, Jr. v. Arrow Air, et al. | KY.,W. | C86-0012L-- C86-0152P(J) | | | 6/30/88 D | |
| XYZ-58 | Vivian Newton v. Arrow Air, et al. | KY., W. | C85-1164L-- C86-0153P(J) | | | 6/30/88 D | |
| XYZ-59 | Thomas Lee Martin, Sr. v. Arrow Air, et al. | KY.,W. | C86-0028L-- C86-0156P(J) | | | 8/6/87 | |
| XYZ-60 | Mary G. Smith v. Arrow Air, et al. | KY.,W. | C86-0063L-- C86-0157P(J) | | | 6/30/88 D | |
| B-61 | Lyle D. Thomas, etc. v. Arrow Air, Inc., et al. | Fla. S. Nesbitt | 86-0645-CIV-LCN | | | | motion 5/6/86 |
| B-62 | Thelma Ward, etc. v. Arrow Air, Inc., et al. | Fla. S. Hoeveler | 86-0646-CIV-WMH | | | | |
| XYZ-63 | Wilma A. Harris, etc. v. Arrow Air, Inc. | KY. W. | 86-0241L-- 86-0150P(P) | OK TO COUNT | | 6/30/88 D | |
| B-64 | Rodney L. Olson, etc. v. Arrow Air, Inc., et al. 5-20-86 | S.D.Fla. Spellman | 86-0497-CIV-SPELLMAN | 5-86 | 86-259 | 9/30/88 D | |
| B-65 | Ross Gayton, etc. v. Arrow Air, Inc., et al. | N.D.Ill. Roseras | 86-C-0398 | | | | |

DOCKET NO. 683 -- In re Air Crash Disaster at Gander, Newfoundland, on December 12, 1985

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| B-65 | American National Bank & Trust Co. of Chicago, etc. v. Arrow Air, Inc., et al. 5-20-86 | N.D.Ill. Getzendanner | 86-C-2485 | 5-5-86 | 86-260 | 3/8/88 | |
| B-66 | Jan M. Thomas, et al. v. Arrow Air, Inc. 5-20-86 | N.D.Tex. FitzwaterD | CA3-86-1158 | 5-5-86 | 86-2571 | 2-18-88 | |
| B-67 | Rhonda Lynette Roberts, et al. v. Arrow Air, Inc., et al. 5-23-86 | S.D.Fla. Hoeveler | 86-0272-CIV-HOEVELER | | | | |
| B-68 | David Lee Rawls, Sr., et al. v. Arrow Air, Inc., et al. 5-23-86 | S.D.Fla. Davis | 86-0371-CIV-DAVIS | | | | |
| B-69 | Lillian Ann Wright, etc. v. Arrow Air, Inc., et al. 5-23-86 | S.D.Fla. Kehoe | 86-0834-CIV-KEHOE | | | | |
| B-70 | John Benson, etc. v. Arrow Air, Inc., et al. 5-23-86 | S.D. Fla. Nesbitt | 86-0752-CIV-LCN | | | | |
| B-71 | Dollie (Mcneil) Campbell, etc. v. Arrow Air, Inc. 5-23-86 OPPOSED - 6/6/86 | E.D.N.Y. Costantino | CV-86-1158 | 8/7/86 | 86-335PCJ | 6/30/88 | |
| B-72 | Wilhelmina Thomas, etc. v. Arrow Air, Inc. 5-23-86 OPPOSED - 6/6/86 | E.D.N.Y. Costantino | CV-86-1159 | 8/7/86 | 86-334PCJ | 5/1/8/ | |
| B-73 | Carl W. Stearn, et al. v. Arrow Air, Inc. 5-23-86 | E.D.Pa. Weiner | 86-1912 | 6-12-86 | 86-0266 | 4/20/87 | |
| B-74 | Sara Collazo Colon, et al. v. Arrow Air, Inc. et al. 5-23-86 | D. P.R. Laffitte | 86-0030-HL | 6-18-86 | 86-0233 | 6/30/88 | |
| B-75 | Marvin A. Jeffcoat, et al. v. Arrow Air, Inc. 5-23-86 | N.D.Tex. Sanders | CA3-86-1130-H | 6-10-86 | 86-0258 | 8/27/87 | |

July 1986 — 35 TR/26 X 42/61 POg.

(B-71 & 72 opposed)

JPML FORM 1 -- Continuation  ⊕

DOCKET NO. _____ -- _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| XYZ-76 | Robert Deckman, etc. v. Arrow Air, Inc., et al. | Ky.,W. | 86-0194P(J) | | | 11/30/87D | |
| XYZ-77 | Theresa Pafford, etc. v. Arrow Air, Inc., et al. | Ky.,W. | 86-0199P(J) | | | 7/8/87D | |
| XYZ-78 | Barbie Jane Wallace, etc. v. Arrow Air Inc., et al. | Ky.,W. | 86-0200P(J) | | | 10/1/87D | |
| XYZ-79 | Planters Bank & Trust Co of Hopkinsville, Ky., Adm. v. Arrow Air, Inc. | Ky.,W. | 86-0221P(J) | | | 9/8/87D | |
| XYZ-80 | Planters Bank & Trust Co. of Hopkinsville, Ky., Adm. v. Arrow Air, Inc. | Ky.,W. | 86-0222P(J) | | | 12/8/87D | |
| XYZ-81 | Planters Bank& Trust Co. of Hopkinsville Ky., Adm. v. Arrow Air, Inc. | Ky., W. | 86-0223P(J) | | | 10/5/87D | |
| XYZ-82 | Planters Bank & Trust Co. of Hopkinsville, Ky Adm. v. Arrow, Air, Inc. | Ky., W. | 86-0226P(J) | | | 11/30/87D | |
| XYZ-83 | Planters Bank & Trust Co. of Hopkinsville, Ky., Adm. v. Arrow Air, Inc. | Ky., W. | 86-0227P(J) | | | 9/8/87D | |
| XYZ-84 | Valarie J. Stevens, Adm. v. Arrow Air, Inc. | Ky., W. | 86-0229P(J) | | | 1/22/87D | |
| XYZ-85 | Patricia E. Robinson v. Arrow Air, Inc. | KY., W. | 86-0175P(J) | | | 8/27/87D | |
| XYZ-86 | William D. Ziegler, etc. v. Arrow Air, Inc. | KY.,W. | 86-241(P) | | | 1/6/88D | |
| XYZ-87 | Johnnie Alexander, etc. v. Arrow Air, Inc. | KY.,W. | 86-242(P) | | | 5/16/91 | |
| C-88 | Donna L. Mendoza, etc. v. Arrow Air, Inc., et al. 1-1-86 | Cal.,N. Henderson | C-86-2960-TEH | 7/17/86 | 86-326P(J) | 10/7/87D | |
| XYZ-88 | | | | | | | |

DOCKET NO. 683 -- In re Air Crash Disaster at Gander, NewFoundland, on December 12, 1985

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| C-89 | Sydney D. Jennings, etc. v. Arrow Air, Inc. 1-3-86 | E.D.N.Y. Costantino | CV-86-1700 | 7/22/86 | 86-0348 | 3/8/88 D | |
| C-90 | Timothy E. Powell, etc. v. Arrow Air, Inc. 1-3-86 | W.D.Okla. Russell | CIV-86-0890-R | 7/22/86 | 86-330 P | 6/30/88 D | |
| C-91 | Ronald Lee Hobbs, et al. v. Arrow Air, Inc., et al. 1-18-86 | D.Ariz. Carroll | CIV-86-489-PHX EHC | 8/6/86 | 86-336P(J) | 6/30/88 D | |
| XYZ-92 | William C. Arvin, etc. v. Arrow Air, Inc., et al. | W.D.Ky Johnstone | 86-0272 | | 10/23/87D | 10/23/82 D | |
| C-93 | Maggie M. Lauderdale, et al. v. Arrow Air, Inc., et al. 3-5-86 | E.D.N.Y Sifton | CV-86-2092 | 8/21/86 | 86-0391 | 8/21/87 D | |
| XYZ-94 | James Gordon Dixon, etc. v. Arrow Air, Inc. et al. | Ky.,W. | 86-0296P(J) | | | 7/30/87 D | |
| XYZ-95 | Hilda S. Stubbs, etc. v. Arrow Air, Inc. et al. | Ky., W. | 86-0301P(J) | | | 7/3/87 D | |
| C-96 | Wendell Wallace, et al. v. Arrow Air, Inc., et al. 8-12-86 | N.D.Cal. Schwarzer | C86-37828-WWS | 8/28/86 | 86-0356 | 10/5/87 D | |
| C-97 | Sandra Andreoff, et al. v. Arrow Air, Inc., et al. 8-12-86 | N.D.Cal. Vukasin | C86-3729-JPV | 8/28/86 | 86-0355 | 11/18/87 D | |
| C-98 | Theresa Pafford, et al. v. Arrow Air, Inc., et al. 8-12-86 | N.D.Cal. Schwarzer | C86-3730-WWS | 8/28/86 | 86-0354 | 7/8/87 D | |
| XYZ-99 | Mary F. Simmons, etc. v. Arrow Air, et al. | Ky., W. Johnstone | C86-375P(J) | | | 6/30/88 D | |
| XYZ-100 | Sarah Joe Rena Ruth, etc. v. Arrow Air, et al. | Ky.,W. Johnstone | C86-379P(J) | | | 7/3/87 D | |

DOCKET NO. **683** -- _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| XYZ-101 | John L. McCormick, et al. v. Arrow Air, Inc. | W.D.Ky. | 86-114P(J) | | | *83782* | |
| XYZ-102 | Anne E. Williams, etc. v. Arrow Air, Inc., et al. | W.D.Ky | 86-331P(J) | | | 9/23/87D | |
| XYZ-103 | Maynard Whiteman, etc. v. Arrow Air, Inc., et al. | W.D.Ky. | 86-330P(J) | | | 10/22/87D | |
| C-104 | Robert Eastman v. Arrow Air, Inc., et al. *9-12-86* | S.D.Fla. Roettger | 86-6572-CIV-ROETTGER | 9/30/86 | 86 | 4/00/87D | |
| C-105 | Ruby P. Moore, etc. v. Arrow Air, Inc. *9-12-86* | E.D.N.Y. Costantino | 86-2773 | 9/30/86 | 86-570 | 4/29/88D | |
| C-106 | Verdie A. Vinson, etc. v. Arrow Air, Inc. *9-19-86* | E.D.N.Y. Costantino | CV-86-1817 | 10/07/86 | 86-477 | 4/29/88D | |
| C-107 | Ulrike E. Nelson, etc. v. Arrow Air, Inc. *9-19-86* | E.D.N.Y. Costantino | CV-86-2512 | 10/07/86 | C-86-0524 | 9/29/87D | |
| ~~XYZ-108~~ | ~~Sydney D. Jennings, etc. v. Arrow Air, Inc.,~~ | ~~W.D.Ky.~~ | ~~86-348P(J)~~ *DUP. C-89* | | | 9/6/87D | |
| XYZ-109 | Joan C. Graham, etc. v. Arrow Air Inc. | W.D.Ky | 86-349P(J) | | | 9/6/87D | |
| XYZ-110 | Orlando Council, Sr., et al. v. Arrow Air, Inc. | W.D. Ky. | 86-352P(J) | | | | |
| ~~XYZ-111~~ | ~~Theresa Pafford, etc. v. Arrow Air, Inc., et al.~~ | ~~W.D.Ky.~~ | ~~86-354P(J)~~ *DUP. C-98* | | | | |
| ~~XYZ-112~~ | ~~Sandra Andreoff, et al. v. Arrow Air, Inc. et al.~~ | ~~W.D.Ky~~ | ~~86-355P(J)~~ *DUP. C-97* | | | | |
| ~~XYZ-113~~ | ~~Wendell Wallace, et al. v. Arrow Air, Inc., et al.~~ | ~~W.D.Ky.~~ | ~~86-356P(J)~~ *DUP. C-96* | | | | |
| XYZ-114 | Richard Chaddock, etc. v. Arrow Air, Inc., et al. | W.D.Ky | 86-380P(J) | | | 2/2/88D 1404 TR | |

DOCKET NO. 683 -- _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| XYZ-115 | Evelyn Wooliver, etc. v. Arrow Air et al. | W.Ky | 86-0365P(J) | — | | 2-18-88D | |
| XYZ-116 | Ida Mae Walker, etc. v. Arrow Air, et al. | W.Ky | 86-0373P(J) | ——— | | 4/11/88D | |
| C-117 | Theodore M. Wisson, Sr., et al. v. Arrow Air, Inc., et al. 10-17-86 | W.D.Mich. Miles | G86-828-CA1 | 11/4/86 | 281-450 | 11/30/87D | (TO Vacated 1-22-87) |
| C-118 | Philip J. Smith, et al. v. Arrow Air, Inc. 11-6-86   Opposed 11/20/86 | N.D.Ga. Hall | C86-2056A | | | | |
| C-119 | Hugh Caudill, etc. v. Arrow Air, Inc. 11-6-86 | E.D.N.Y. Costantino | CV-86-3627 | 11/24/86 | 86-478 | 4/29/88D | |
| XYZ-120 | Erna R. Gravenstine, etc. v. Arrow Air, et al. | W.Ky. | C86-433P(J) | ——— | | 11/30/87D | |
| XYZ-121 | George Karadsheh, etc. v. Arrow Air, Inc., et al. | W.Ky. | C86-434P(J) | ——— | | 1/29/88D | |
| XYZ-122 | Charles T. Hughes, et al. v. Arrow Air, Inc., et al. | W.D. Ky. | 86-460P(J) | ——— | | 7/12/88D | |
| XYZ-123 | Peggy Nartia, etc. v. Arrow Air, Inc., et al. | W.D.Ky. | 86-468P(J) | | | 9/7/88D | |
| XYZ-124 | Kathryn L. Wood, etc. v. Arrow Air, Inc., et al. | W.D.Ky. | 86-0475P(J) | ——— | | 10/5/87D | |
| XYZ-125 | Wendell H. Rorie, et al. v. Arrow Air, Inc., et al. | W.D.Ky. | 86-0479P(J) | ——— | | 1/20/88D | |
| XYZ-126 | Howard F. Baumann, et al. v. Arrow Air, Inc., et al. | W.D.Ky. | 86-480P(J) | ——— | | 3/8/88D | |
| XYZ-127 | Martha Bury, etc. v. Arrow Air, Inc., et al. | W.D.Ky. | 86-0481P(J) | | | 3/9/88D | |

JBML FORM 1 -- Continuation

DOCKET NO. 683 --

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| XYZ-128 | Kathy J. Miller, etc. v. Arrow Air, Inc., et al. | W.D.Ky. | 86-0482P(J) | | | *9/23/87D* | |
| XYZ-129 | Ann E. Williams, etc. v. Arrow Air, Inc., et al. | W.D.Ky. | 86-0484P(J) | | | 9/23/87D | |
| XYZ-130 | W. E. Rogers, III v. Arrow Air, Inc., et al. | W.D.Ky. | 86-0485P(J) | | | 8/31/87D | |
| XYZ-131 | Nicole Kidd, etc. v. Arrow Air, Inc., et al. | W.D.Ky. | 86-0486P(J) | | | 12/00/82D | |
| XYZ-132 | Demetria Wilburn v. Arrow Air, Inc. | W.D.Ky. | 86-0487P(J) | | | 3/8/88 | |
| XYZ-133 | Henry Abrams, etc. v. Arrow Air, Inc., et al. | W.D.Ky. | 86-0488P(J) | | | | |
| XYZ-134 | Theodore M. Wisson, Sr. v. Arrow Air, Inc., et al. | W.D.Ky. | 86-0489P(J) | | | | |
| XYZ-136 | Peter E. Thornton, Jr., etc. v. Arrow Air, Inc., et al. | W.D.Ky. | 86-0491P(J) | | | 12/7/87D | |
| XYZ-137 | Robert Barber, et al., etc. v. Arrow Air, Inc., et al. | W.D.Ky. | 86-0492P(J) | | | 11/10/87D | |
| XYZ-138 | Peggy H. Word, etc. v. Arrow Air, Inc., et al. | W.D.Ky. | 86-0493P(J) | | | 11/18/87D | |
| XYZ-139 | James Rex Staten, etc. v. Arrow Air, Inc., et al. | W.D.Ky. | 86-0494P(J) | | | | |
| XYZ-140 | Joan Jessie Lloyd, etc. v. Arrow Air, Inc., et al. | W.D.Ky. | 86-0496P(J) | | | 9/30/86 | |

JBML FORM 1 -- Continuation ●                          Listing of Involved Actions -- p.12

DOCKET NO. 683 -- In re Air Crash Disaster at Gander, Newfoundland, on December 12, 1985

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| C-141 | Delena Christy, et al. v. Arrow Air, Inc., et al. 12/19/86 | E.D.La. Livaudais | 86-5085 | 1-6-87 | 87-207 | ✗ 5/16/91 D | |
| C-142 | Mark Kuehn, et al. v. Arrow Air, Inc. 12/23/86 | D. DEL Schwartz | 86-569 | 1/9/87 | 87-19 | 7/28/98 D | |
| C-143 | Joseph L. DiVentura, et al. v. Arrow Air, Inc. 1-21-87 opposed 2/3/87 | D.S.C. Blatt | 2 86 3004-8 | | Vacated | | |
| XYZ-144 | Delana Christy, et al. v. Arrow Air, Inc., et al. | W.D.Ky | 86-502P(J) | | | ✗ 5/16/91 D | |
| ~~XYZ-145~~ | ~~Ulrike E. Nelson, et al. v. Arrow Air, Inc.~~ | ~~W.D. Ky~~ | ~~86-524P(J)~~ DUP. 107 | | | | |
| C-146 | Awilda Sanchez Sierra Cruz, etc. v. Arrow Air, Inc., et al. 2-10-87 | S.D.Fla. Scott | 86-2446-Civ SCOTT | 2/26/87 | 87-0116 P | 8/23/88 D | |
| C-147 | Peggy Nartia, etc. v. Arrow Air, Inc., et al. 2-10-87 | S.D.Fla. Hastings | 86-2449-Civ HASTINGS | 2/26/87 | 87-008 P | 9/29/87 D | |
| C-148 | Orlando Council, Sr., et al. v. Arrow Air, Inc., et al. 2-10-87 | S.D.Fla. Spellman | 86-2502-Civ SPELLMAN | 2/26/87 | 87-0112 P | 9/29/87 D | |
| C-149 | Maynard L. Whiteman, etc. v. Arrow Air, Inc., et al. 2-10-87 | S.D.Fla. Spellman | 86-2521-Civ SPELLMAN | 2/26/87 | 87-0113 P | 10/22/87 D | |
| C-150 | Evelyn Wooliver, et al. v. McDonnell Douglas Corporation, et al. 2-12-87 | S.D.Ill. Beatty | 87-5010 | 3/2/87 | 87-085 P | 2/18/88 D | |
| C-151 | Waynetta Wooliver, et al. v. McDonnell Douglas Corporation, et al. 2/13/87 | S.D.Ill. Beatty | 87-3040 | 3/3/87 | 87-086 P | 2/18/88 D | |

DOCKET NO. **683** -- _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| C-152 | Johnnie Alexander, et al. v. George Batchelor, et al. *2/20/87* | S.D.Fla. Nesbitt | 86-2489-CIV-NESBITT | MAR 10 1987 | 87-127P | 5/16/91 D | |
| C-153 | Riley C. Darnell, et al. v. George Batchelor, et al. *2/20/87* | S.D.Fla. Marcus | 86-2490-CIV-MARCUS | MAR 10 1987 | 87-0114P | 9/28 D | |
| C-154 | Thomas Lee Martin, Sr., etc. v. Arrow Air, Inc. *2/20/87* | S.D.Fla. Marcus | 86-2491-CIV-MARCUS | MAR 10 1987 | 87-0115P | 8/27/87 D | |
| C-155 | Henry Abrams, etc. v. Arrow Air, Inc., et al. *2/20/87* | S.D.Fla. Hoeveler | 86-2492-CIV-HOEVELER | MAR 10 1987 | 87-130P | 3/31/88 D | |
| C-156 | Mayrener Alexander, et al. v. George Batchelor, et al. *2/20/87* | S.D.Fla. Hastings | 86-2500-CIV-HASTINGS | MAR 10 1987 | 87-126P | 5/16/91 D | |
| C-157 | Sharon L. Wilson, etc. v. Arrow Air, Inc., et al. *2/20/87* | S.D.Fla. Kehoe | 86-2501-CIV-KEHOE | MAR 10 1987 | 87-129P | 8/31/87 D | |
| C-158 | Delena Christy, etc. v. Arrow Air, Inc., et al. *2/20/87* | S.D.Fla. Hastings | 86-2527-CIV-HASTINGS | MAR 10 1987 | 87-128P | 5/16/91 D | |
| C-159 | Janice Schremp, etc. v. Arrow Air, Inc., et al. *2/20/87* | W.D.Pa. Diamond | 87-214 | MAR 10 1987 | 87-104P | 1/3/87 D | |
| C-160 | Elizabeth A. Wester, etc. v. Arrow Air, Inc., et al. *2/20/87* | W.D.Pa. Diamond | 87-215 | MAR 10 1987 | 87-0105 | 1/3/88 D | |
| C-161 | Planters Bank & Trust Co. of Hopkinsville, Kentucky, etc. v. Arrow Air, Inc., et al. *3-13-87* | S.D.Fla. Aronovitz | 86-2532-CIV-ARONOVITZ | 3/31/87 | 87-136P | 10/22/87 D | |
| C-162 | Donna Pafford, etc. v. Arrow Air, Inc., et al. *3-19-87* | S.D.Fla. Aronovitz | 86-2338-CIV-ARONOVITZ | 4-6-87 | 87-154P | 6/29/87 D | |
| C-163 | Sandra Andreoff, et al. v. George Batchelor, et al. *3-19-87* | S.D.Fla. Atkins | 86-2503-CIV-ATKINS | 4-6-87 | 87-156P | 12/7/87 D | |

DOCKET NO. 683 -- _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| C-164 | Ida Mae Walker, etc. v. Arrow Air, Inc., et al. 3-19-87 | S.D.Fla. Aronovitz | 86-2512-CIV-ARONOVITZ | 4-6-87 | 87-157 PG | 4/11/88 D | |
| C-165 | Hugh Caudill, et al. v. George Batchelor, et al. 4/3/87 | S.D.Fla. Davis | 86-2293-CIV-DAVIS | 4-21-87 | 87-155 PG | 7/12/88 D | |
| C-166 | Joseph A. Bowen v. Arrow Air, Inc., et al. 4/3/87 | D.Nev. George | CV S-86-835 LDG | 4-21-87 | 87-145 PG | 6/30/88 D | |
| XYZ-167 | Robert Deckman, etc. v. Arrow Air, Inc. | W.D.Ky | 87-0111 | | | 11/30/87 D | Trans. to Ky. W., by judge |
| C-168 | Evelyn Wooliver, etc. v. Arrow Air, Inc., et al. 5-21-87 | S.D.Ill. Stiehl | 86-3499 | 6/8/87 | 87-182 P | 2-18-88 D | |
| C-169 | Evelyn Wooliver, et al. v. Arrow Air, Inc., et al. 6-15-87 | S.D.,Fla. Kehoe | 86-2519-CIV-KEHOE | 7/1/87 | 87-0225 P | 2-18-88 D | |
| C-170 | Frederic P. Seitz, et al. v. Arrow Air Inc., et al. 6-17-87 | Fla.,S. Kehoe | 86-2524-CIV-KEHOE | 7/9/87 | 87-0223 A | 2/20/87 D | |
| C-171 | Patricia E. Robinson, etc. v. Arrow Air, Inc., et al. 6-17-87 | Fla.,S. Kehoe | 86-2523-CIV-KEHOE | 7/9/87 | 87-0224 P | 9/28/87 D | |
| C-172 | Robert Deckman, etc. v. Arrow Air, Inc., et al. 6-19-87 | Fla.,S. Scott | 86-2522-CIV-SCOTT | 7/9/87 | 87-0226 | 2/18/88 D | |
| XYZ-173 | Linda L. Bradley v. Arrow Air, Inc., et al. | W.D.Ky | 86-71P | | | 8/31/87 | |
| XYZ-174 | Goldie Ann Black v. Arrow Air, Inc. | W.D.Ky | 86-86P | | | 7/31/87 D | |
| XYZ-175 | Riley Darnell, etc., et al. v. Arrow Air, Inc. | W.D.Ky. | 86-96P | | | 8-__/87 D | |
| XYZ-176 | Kathy J. Miller, etc., et al. v. Arrow Air, Inc. | W.D.Ky | 86-97 | | | 9/23/87 D | |

JBML FORM 1 -- Continuation  ⊕

Listing of Involved Actions -- p. 15

DOCKET NO. 683 -- _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| XYZ-177 | Jewel D. Kennedy, et al. v. Arrow Air, Inc., et al. | W.D.Ky. | 86-119P | | | 2/14/89 D | |
| XYZ-178 | Jewell Sparks Buchanan, et al. v. Arrow Air | W.D.Ky. | 86-120P | | | 1/6/88 D | |
| XYZ-179 | Curtis S. Wolfe, et al. v. Arrow Air, Inc., et al. | W.D.Ky. | 86-154P | | | 9/87 D | |
| XYZ-180 | Susan A. McArdle, et v. Arrow Air, Inc. | W.D.Ky. | 86-490P | | | 10/3/57 D | |
| XYZ-181 | Christa Dargan, et al. v. George Gatchelor, et al. | W.D.Ky. | 87-39P | | | 10/13/10D | §1404 to Ky.,W.fm. Fla.,S. |
| XYZ-182 | Portia Lawrence v. Arrow Air, Inc., et al. | W.D.Ky | 86-84 | | | 4/22/87 D | |
| XYZ-183 | Walter C. Kaplin, etc. v. Arrow Air, et al. | W.D.Ky. | C86-99P | | | 10/22/87 D | |

Note: C-169-172 Not Counted in 7/87 STATS

July 1987 - 40 TR/59 XK/9 Dis/151 Pending

DOCKET NO. 683 -- In re Air Crash Disaster at Gender, Newfoundland, on December 12, 1985

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| D-184 | Maggie M. Lauderdale, et al. v. George Batchelor, et al. 11-5-87 | S.D.Fla. Nesbitt | 86-2533-CIV-NESBITT | 11/23/87 | 87-3754 | 12/22/87 | 0 |

*July 1988 - 5 TR / 129 Dis / 27 Pending*
*July 1989 - 20 Dis / 7 Pending*
*July 1990 - Same*
*Jan. 1991 - 7 dis / Sullgelin Closed*

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. __683__ -- __In re Air Crash Disaster at Gander, Newfoundland, on__

__December 12, 1985__

J. Johnstones superseding practice and procedure order filed 4/16/87

| | |
|---|---|
| LIAISON COUNSEL FOR PLAINTIFFS<br>Geneva F. Parris, Esquire<br>Futrell, Hopson & Parris<br>50 Main Street<br>Cadiz, KY 42211 | LIAISON COUNSEL FOR DEFENDANTS*<br>John J. Martin, Esquire<br>Bingham, Englar, Jones & Houston<br>14 Wall Street<br>New York, New York 10005 - 2140<br><br>*(Accepting service for Arrow Air, Inc.,<br> Batch Air, Inc., International Air Leases<br> Holding Co., George Batchelor, Associated<br> Aviation Underwriters, John Does, and<br> XYZ Insurance Companies)<br><br><br>WORLD AIRWAYS, INC.<br>Roland R. Stevens<br>Fisher & Hurst<br>Four Embarcadero Center<br>San Francisco, CA 94111 |

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. __683__ -- IN RE AIR CRASH DISASTER AT GANDER, NEWFOUNDLAND, ON

December 12, 1985

(Revised 5/86)

| | |
|---|---|
| ARROW AIR, INC.<br>John J. Martin, Esquire<br>Bingham, Englar, Jones & Houston<br>14 Wall Street<br>New York, NY 10005-2140 | OPAL GREEN, ET AL. (A-1)<br>Windle Turley, Esquire<br>1000 University Tower<br>6440 N. Central Expressway<br>Dallas, TX 75206 |
| INTERNATIONAL AIR LEASES, INC.<br>IAL AIRCRAFT HOLDING, INC.<br>BATCH AIR, INTL. INC.<br>Harry M. Weisberg, Esq.<br>P.O. Box 522230<br>Miami, FL 33152 | FRANCIS JOSEPH, ETC. (A-2)<br>MELINDA PARRIS, ETC. (A-4)<br>Melvin M. Belli, Esq.<br>Richard Brown, Esquire<br>722 Montgomery Street<br>San Francisco, CA 94111 |
| WORLD AIRWAYS<br>Thomas M. Frieder, Esquire<br>Fisher & Hurst<br>4 Embarcadero Center<br>San Francisco, CA 94111 | NELLIE MALONE (A-3)<br>Stanley M. Chesley, Esquire<br>Waite Schneider, Bayless & Chesley<br>  Co., L.P.A.<br>1513 Central Trust Tower<br>Cincinnati, OH 45202 |
| MCDONNELL DOUGLAS CORPORATION<br>Terrence J. O'Toole, Esquire<br>Bryan, Cave, McPheeters & McRoberts<br>500 North Broadway<br>Suite 2100<br>St. Louis, MO 63102 | THELMA WARD, ETC. (A-5)<br>Frank H. Granito, Jr., Esquire<br>Speiser & Krause, P.C.<br>200 Park Avenue<br>New York, NY 10166 |
| | DONALD P. HOBBS, ET AL. (A-6)<br>(No Appearance Received)<br>Anthony S. Battaglia, Esquire<br>Battaglia, Ross, Hastings, Dicus and<br>  Andrews<br>980 Tyrone Blvd.<br>P.O. Box 41100<br>St. Petersburg, FL 33743 |

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. __2____

DOCKET NO. ___683___ IN RE AIR CRASH DISASTER AT GANDER, NEWFOUNDLAND,
                     ON DECEMBER 12, 1985

ROSS GAYTON, ETC. (A-8)
John J. Kennelly, Esquire
111 West Washington Street
Chicago, IL  60602

RAYMOND FRANCIS BRADY, JR., ETC. (A-9)
FREDERIC P. SEIZ, ETC. (A-10)
Edward I. Stillman, Esquire
Miller, Stillman & Bartel
1610 Euclid Avenue
Cleveland, OH  44115

HERIBERTO GONZELEZ MENDEZ, ETC. (A-11)
Jorge Ortiz Brunet, Esquire
Ortiz Toro & Ortiz Brunet
P.O. Box 2064
Hato Rey, Puerto Rico  00919

JPML FORM 2A -- Continuation

Counsel of Record -- p. 3

DOCKET NO. 683 -- IN RE AIR CRASH DISASTER AT GANDER, NEWFOUNDLAND, ON DEC. 12, 1985

---

GEORGE R. KEE, ET AL. (B-31)
J.B. Spence, Esq.
Spence, Payne, Masington, Grossman
  & Needle
Suite 300, Grove Professional Bldg.
2950 S.W. 27th Avenue
Miami, Florida  33133

THERESA GRIFFIN (DEFT. IN B-31)
Barry L. Davis, Esq.
Thornton, David & Murray
2950 S.W. 27th Avenue
Suite 100
Miami, Florida  33133

MAYRENER ALEXANDER, ET AL. (B-32)
Denise Ann Vinet, Esq.
Kevin P. Monahan, Esq.
Vinet & Monahan
11817 Bricksome Avenue
Suite "A"
Baton Rouge, Louisiana  70816

NAOMI HEMINGWAY, ETC. (B-33)
JACQUELINE E. BRANCATO, ET AL. (B-34)
G. Michael Simon, Esq.
F. Lee Bailey & Aaron J. Broder
350 Fifth Avenue
Suite 4710
New York, New York  10118

GEORGE BATCHELOR
PRATT WHITNEY GROUP (DEFTS IN B-33 & B-34)
Steven M. Edwards, Esq.
Davis, Markel, Dwyer & Edwards
100 Park Avenue
New York, New York  10017

GIDGET L. HEIDECKER, ET AL. (B-35)
Nicholas Gilman, Esq.
Michael J. Pangia, Esq.
Smiley, Olson, Gilman & Pangia
1420 Walnut Street
Suite 500
Philadelphia, PA  19102

Paul Beckman, Esq.
Israelson, Jackson & Salsbury
600 Jefferson Building
2 East Fayette Street
Baltimore, Maryland  21202

DARCY OCASIO, ET AL. (B-36)

Jorge Ortiz Brunet, Esq.
(Same as A-11)

---

WARREN G. WOOD, JR., ET AL. (B-37)
Tom Golden, Esq.
Daniel F. Sullivan, Esq.
10th Floor
Hodge Building
Second & Cherry
Seattle, Washington  98104

SUSAN MCARDLE, ET AL. (B-38)
Burton J. Kinerk, Esq.
W. Daniel Shelton, Esq.
Haralson, Kinerk & Morey
82 South Stone Avenue
Tucson, Arizona  85701

JPML FORM 2A -- Continuation  ●

DOCKET NO. 683 -- _____

---

CHRISTINE L. MANION, ETC. (B-39)
HYON SUK JENNINGS, ETC. (B-41)
Lee S. Kreindler, Esq.
Kreindler & Kreindler
100 Park Avenue
New York, New York  10017

Rassas & Rassas
Suite 104
Glenn Building
Clarksville, Tennessee  37040

YANG MI JOHNSON, ETC. (B-40)
Lee S. Kreindler, Esq.
(Same As B-39)

Wedemeyer, Hay & Grimes
Post Office Box 967
Clarksville, Tennessee  37041-0767

O. POK SELLNER, ETC. (B-42)
TAMMY LYNN REYNOLDS, ET AL. (B-48)
Lee S. Kreindler, Esq.
(Same As B-39)

W. Michael Morgan, Esq.
Glenn Building, Suite 202
112 S. Third Street
Clarksville, Tennessee  37040

BARBARA LEE FOSKEY, ETC. (B-43)
Lee S. Kreindler, Esq.
(Same As B-39)

Kathy Earhart, Esq.
P.O. Box 222
Dover, Tennessee  37058

BRENDA RICHARDSON, ETC. (B-44)
Lee S. Kreindler, Esq.
(Same As B-39)

Richardson & Richardson
Glenn Building
Suites 101-109
Clarksville, Tennessee  37040

---

DEBRA GODSEY, ETC. (B-45)
Lee S. Kreindler, Esq.
(Same As B-39)

Cunningham, Mitchell & Hicks
310 Franklin Street
P.O. Box 367
Clarksville, Tennessee  37041

SUSAN YVONNE RUSSELL, ETC. (B-46)
DAWN O. SIMMONS, ETC. (B-47)
GRAHAM M. PARKS, ETC. (B-49)
Lee S. Kreindler, Esq.
(Same As B-39)

JANICE SCHREMP, ETC. (B-50)
Edward J. Balzarini, Esq.
Balzarini, Carey & Watson
3030 Grant Building
Pittsburgh, PA  15219

HESTER QUILLER STONE, ET AL (B-51)
WILLIAM GRAY, ET AL. (B-52)
MARY FROELICH, ETC. (B-53)
Windle Turley, Esquire
Law Offices of Windle Turley, P.C.
~~1~~ *Same as A-1*
6440 N. Central Expressway
Dallas, Texas  75206

NELLIE JANE MANNING, ETC. (B-55)
Windle Turley, Esq.
(see above)

David Johnson, Esq.
300 21st Street North
Birmingham, AL 35203

ELIZABETH A. WESTER, ETC. (B-54)
~~Edward J. Balzarini, Esquire~~
~~3030 Grant Building~~ *Same as B-50*
~~Pittsburgh, Pa.  15219~~

JPML FORM 2A -- Continuation

Counsel of Record -- p. 5

DOCKET NO. 683 -- In re Air Crash Disaster at Gander, Newfoundland, on December 12, 1985

---

LYLE D. THOMAS, ETC. (B-61)
THELMA WARD, ETC. (B-62)
Aaron S. Podhurst
Podhurst, Orseck, Parks,
 Josefsburg, Eaton, Meadow & Olin
Suite 800, City National Bank Bldg.
25 West Flagler Street
Miami, FL 33130


RODNEY L. OLSON, ETC. (B-64)
Bruce G. Mason, Esq.
Ross & Mason
Suite 301
8420 West Dodge Road
Omaha, Nebraska 68114


AMERICAN NATIONAL BANK & TRUST CO. OF CHICAGO,
ETC. (B-65)
John J. Kennelly, Esq.
(Same As A-8)


THERESA GRIFFIN (Deft. in B-69)
Barry L. Davis, Esq.
(Same As B-31)


JAN M. THOMAS, ET AL. (B-66)
Windle Turley, Esq.
John Howie, Esq.
(Same As A-1)


RHONDA LYNETTE ROBERTS, ET AL. (B-67)
DAVID LEE RAWLS, SR., ET AL. (B-68)
JOHN BENSON, ETC. (B-70)
Mitchell J. Lipcon, Esq.
910 South Dadeland Blvd.
Suite 801
Miami, Florida 33156

Charles R. Lipcon, Esq.
2 South Biscayne Blvd.
One Biscayne Tower
Suite 1660
Miami, Florida 33131


LILLIAN ANN WRIGHT, ETC. (B-69)
Monty L. Preiser, Esq.
Preiser & Wilson
1012 Kanawha Blvd., E.
P.O. Box 2506
Charleston, West Virginia 25329

Charles N. Reese, Esq.
Reese & Reese
One Old Town Square
Post Office Drawer 250
Daleville, Alabama 36322


DOLLIE (MENEIL) CAMPBELL, ETC. (B-71)
WILHELMINA THOMAS, ETC. (B-72)
Paul H. Schietroma, Esq.
Morris J. Eisen, P.C.
233 Broadway
New York, New York 10279

OPPOSED
6/6/86

CARL W. STEARN, ET AL. (B-73)
Nicholas Gilman, Esq.
(Same As B-35)


SARA COLLAZO COLON, ET AL. (B-74)
Jorge Ortiz Brunet, Esq.
(Same As A-11)

JPML FORM 2A -- Continuation

Counsel of Record -- p. 6

DOCKET NO. _____ -- _____

---

MARVIN A. JEFFCOAT, ET AL. (B-75)
John Howie, Esq.
(Same As A-1)


DONNA L. MENDOZA, ETC. C-88
Richard E. Brown, Esq.
Law Offices of Melvin Belli
722 Montgomery Street
San Francisco, California  94111

JOHN C. GRAHAM (DEFT. C-88)
(Unable to determine counsel or
 address for defendant.)

SYDNEY D. JENNINGS, ETC. (C-89)
Lee S. Kreindler, Esq.
Kreindler & Kreindler
100 Park Avenue
New York, New York  10017

TIMOTHY E. POWELL, ETC. (C-90)
Dan Brown, Esq.
Philip R. Douglas, Esq.
816 C. Avenue
P.O. Box 1026
Lawton, Oklahoma  73501

RONALD LEE HOBBS, ET AL. (C-91)
Thomas L. Toone, Esq.
Beer & Toone
76 East Mitchell
Phoenix, Arizona  85012

Warren B. Siegal, Esq.
1111 North Third Street
Phoenix, Arizona  85004

MAGGIE M. LAUDERDALE, ET AL  (C-93)
Michell A. Parfitt, Esquire
Ashcraft & Gerel
2000 L Street, N.W.
Washington, D.C.  20036

Robert I. Komigot, Esquire
Levy Phillips & Konigsberg
90 Park Avenue
New York, New York  10016

WENDELL WALLACE, ET AL. (C-96)
SANDRA ANDREOFF, ET AL. (C-97)
THERESA PAFFORD, ET AL. (C-98)
Richard M. Brown, Esq.
Law Offices of Melvin M. Belli, Sr.
722 Montgomery Street
San Francisco, California  94111

ROBERT EASTMAN (C-104)
Ronald A. Fitzgerald, Esq.
Fleming, O'Bryan & Fleming
1415 East Sunrise Blvd.
P.O. Drawer 7028
Fort Lauderdale, Florida  33338

JANE GRIFFING (Deft. in C-104)
Unable to determine counsel

RUBY P. MOORE, ETC. (C-105)
Lee S. Kreindler, Esq.
Kreindler & Kreindler
100 Park Avenue
New York, New York  10017

VERDIE A. VINSON, ETC. (C-106)
ULRIKE E. NELSON, ETC. (C-107)
Lee S. Kreindler, Esq.
Kreindler & Kreindler
(SAME AS C-105)

THEODORE M. WISSON, SR., ET AL. (C-117)
Joseph William Moch, Esq.
The Moch Building
121 Michigan N.E.
Grand Rapids, Michigan  49503

GEORGE E. BATCHELOR (Deft. in C-117)
Unable to determine Counsel

JPML FORM 2A -- Continuation

Counsel of Record -- p. __7__

DOCKET NO. _683_ -- __In re Air Crash Disaster at Gander, Newfoundland, on December 12, 1985__

---

PHILIP J. SMITH, ET AL. (C-118)
Robert J. Grayson, Esq.
Edwards, Friedewald & Grayson
272 Washington Avenue
Marietta, Georgia 30060

HUGH CAUDILL, ETC. (C-119)
Lee S. Kreindler, Esq.
Kreindler & Kreindler
100 Park Avenue
New York, New York 10017

DELENA CHRISTY, ET AL. (C-141)
Norris, Johnson, Placke
 & Foley
Don H. Johnson, Esquire
105 Regency Place
West Monore, Louisiana 71291

AVIATION ASSOCIATES UNDERWRITERS
unable to determine counsel

LLOYDS OF LONDON
unable to determine counsel

MARK KUEHN, ET AL.  (C-142)
Charles E. Yankovich, Esquire
22 W. Pennsylvania Avenue
Suite 202
Towson, Maryland 21204

JOSEPH L. DIVENTURA (C-143)
Gedney M. Howe, III, Esq.
8 Chalmers Street
Post Office Box 1440
Charleston, SC 29402

*Opposed 2/3/87*

MOTION TO SEVER & REMAND
(filed 1/16/87)
RAYMOND FRANCIS BRADY, JR. (A-9)
FREDERIC P. SEITZ, ETC. (A-10)
Edward I. Stillman, Exa.
Miller, Stillman & Bartel
1610 Euclid Avenue
Cleveland, OH 44115

MOTION TO SEVER & REMAND
(filed 1/20/87)
WILHELMINA THOMAS, ETC. (B-72)
Paul H. Schietroma, Esq.
Woolworth Building
233 Broadway
New York, NY 10279

AWILDA SANCHEZ SIERRA CRUZ, ETC. (C-146)
Lee S. Kreindler, Esq.
Kreindler & Kreindler
100 Park Avenue
New York, NY 10017-5590

PEGGY NARTIA, ETC. (C-147)
Richard E. Gerstein, Esq.
Bailey, Gerstein, Rashkind & Dresnick
4770 Biscayne Blvd.
Miami, FL 33137

ORLANDO COUNCIL, SR., ET AL. (C-148)
Arthur L. Pressman, Esq.
Abraham, Pressman & Bauer
1530 Chestnut Street, Suite 412
Philadelphia, PA 19102

Dennis L. Webb, Esq.
100 N. Biscayne Blvd., Suite 1611
Miami, FL 33132

MAYNARD L. WHITEMAN, ETC. (C-149)
John P. Coale, Esq.
Coale, Kananack & Murgatroyd
6535 Wilshire Blvd.
Los Angeles, CA 90048

Thomas Sherman, Esq.
210 Almeria Avenue
Coral Gables, FL 33134

UNABLE TO DETERMINE COUNSEL FOR THE
FOLLOWING DEFENDANTS:

IAL LEASING, INC.
ASSOCIATED AVIATION UNDERWRITERS
JOHN BATCHELOR

JPML FORM 2A -- Continuation  ⊕

Counsel of Record -- p. 8

DOCKET NO. 683 -- _____

---

EVELYN WOOLIVER, ET AL. (C-150)
Keith A. Jensen, Esq.
Pratt & Callis
1326 Niedringhaus Avenue
Granite City, Illinois  62040

WAYNETTA WOOLIVER, ET AL. (C-151)
Keith A. Jensen, Esquire
  (SAME AS C-150)

JOHNNIE ALEXANDER, ET AL. (C-152)
MAYRENER ALEXANDER, ET AL. (C-156)
George A. Kokus, Esq.
1521 N.W. 15th Street Road
Miami, Florida  33125

Stanley M. Chesley, Esq.
Jerome L. Skinner, Esq.
Waite, Schneider, Bayless & Chesley
1513 Central Trust Towwr
Cincinnati, Ohio  45202

RILEY C. DARNELL, ET AL. (C-153)
George A. Kokus, Esq.
(SAME AS C-152)

Paul D. Welker, Esq.
Riley C. Darnell, Esq.
123 South 3rd Street
Clarksville, Tennessee  37040

THOMAS LEE MARTIN, SR., ETC. (C-154)
Richard J. Head, Esq.
Samuel B. Carl, Esq.
Carl, Head & Triplett
Suite 805, Bank of Louisville  Bldg.
510 West Broadway
Louisville, Kentucky  40202

HENRY ABRAMS, ETC.  (C-155)
G. David Brumfield, Esq.
First National Bank Building
P.O. Drawer P
Welch, West Virginia  24801

Jack H. Vital, III, Esq.
1212 Southeast Third Avenue
Fort Lauderdale, Florida  33335

SHARON L. WILSON, ETC.  (C-157)
Stanley H. Wakshlag, Esq.
Akerman, Senterfitt & Eidson
801 Brickell Avenue, 24th Floor
Miami, Florida  33131-2901

Wayne P. Stephan, Esq.
318 West Fourth Street
Dayton, Ohio  45402

DELENA CHRISTY, ETC. (C-158)
Robert D. Jones, Esq.
Fuchs & Jones
590 Royal Palm Beach Blvd.
Royal Palm Beach, Florida  33411

LLOYDS OF LONDON  (Deft. in C-158)
Bill Gunter, Esq.
Insurance Commissoner of Florida
The Capitol
Tallahassee, Florida  32399-0300

JANICE SCHREMP, ETC. (C-159)
ELIZABETH A. WESTER, ETC. (C-160)
Edward J. Balzarini, Esq.
Balzarini, Carey & Watson
3303 Grant Bldg.
Pittsburgh, Pennsylvania  15219

ASSOCIATED AVIATION UNDERWRITERS
(Deft. in  C-159 and C-160)
William A. Pietragallo, Esq.
Scott T. Redman, Esq.
Meyer, Darragh, Buckler, Bebenek & Eck
2000 Frick Bldg.
Pittsburgh, Pennsylvania  15219

PLANTERS BANK & TRUST CO. OF HOPKINSVILLE,
KENTUCKY, ETC. (C-161)
Neil J. Hoff, Esq.
John P. Jensen, Esq.
Law Offices of Neil J. Hoff
252 Broadway
Tacoma, Washington  98402

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. ___9___

DOCKET NO. ___683___ -- _____

---

DONNA PAFFORD, ETC. (C-162)
Bruce G. Mason, Esq.
Ross & Mason
8420 West Dodge Road
Omaha, Nebraska  68114

SANDRA ANDREOFF, ET AL. (C-163)
Paul Siegel, Esq.
Sinclair, Louis, Siegel, Heath,
  Nussbaum & Zavertnik
1125 Alfred I. DuPont Bldg.
Miami, Florida  33131

IDA MAE WALKER, ETC. (C-164)
Kenneth E. Apgar, Esq.
Butler & Apgar
220 East Madison Street
Suite 930
Tampa, Florida  33602

HUGH CAUDILL, ET AL. (C-165)
Lee S. Kreindler, Esquire
Kreindler & Kreindler
100 Park Avenue
New York, New York 10017-5590

Anderson & Moss
100 Biscayne Boulevard
Miami, Florida 33132

UNABLE TO DETERMINE COUNSEL FOR
THE FOLLOWING DEFENDANTS:

GEORGE BATCHELOR
IAL LEASING, INC.

EVELYN WOOLIVER, ETC. (C-168)
L. Thomas Lakin, Esquire
Lakin, Herndon, et al
303 N. Shamrock
P.O. Box 210
East Alton, Illinois 62024

JOSEPH A. BOWEN (C-166)
Neil R. Slocum, Esquire
Goethals, Schimmel & Gaule
101 Convention Center Drive
Suite 890
Las Vegas, Nevada 89109

UNABLE TO DETERMINE COUNSEL FOR
THE FOLLOWING DEFENDANTS:

UNITED TECHNOLOGIES CORPORATION
PRATT & WHITNEY CANADA, INC.

EVELYN WOOLIVER, ET AL.  (C-169)
Joseph L. Benson, Esquire
4350 Las Vegas Boulevard North
Las Vegas, Nevada  89115

FREDERIC P. SEITZ, ET AL. (C-170)
  (Same as A-9)

PATRICIA E. ROBINSON, ETC.  (C-171)
ROBERT DECKMAN, ETC.      (C-172)
John P. Coale, Esquire
Coale, Kananack & Murgatroyd
6535 Wilshire Boulevard
Los Angeles, California  90048

MAGGIE M. LAUDERDALE (D-184)
Michelle A. Parfitt, Esq.
2000 L Street, N.W.
Suite 700
Washington, D.C.  20036

J. Thomas Guinta, Esq.
1010 Vermont Avenue, N.W.
Washington, D.C.  20005

JPML FORM 3

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 683 -- In re Air Crash Disaster and Gander, Newfoundland, on
December 12, 1985

| Name of Party | Named as Party in Following Actions |
|---|---|
| Arrow Air, Inc. | C-161, 112, 163, 164, 165, 166, C-168, C-169, 170, 171, 172, D-174 |
| Batch Air, Inc. | B-34, B-53, 71-73, 116-57, 1158, B-61, B-62, B-34, B-55, C-94, C-96, C-97, C-98, 104, C-117, C-146, C-147, C-148, C-149, C-150, C-155, C-156, C-159, C-160, C-161, 162, 163, 164, 165, 166, C-169, 170, 171, 172, D-174 |
| World Airways | A-9, A-3, B-61, B-62, C-44, C-48, C-91, C-93, C-96, C-97, C-149, C-148, C-91, C-149, C-35, C-159, C-161, 164, C-168, C-171, C-172, |
| IAL Aircraft Holding Inc | A-3, B-61, B-7, C-93, C-146, C-147, C-148, C-156, C-161, 163, 165, C-168, 170, 171, 172, D-174 |
| McDonnell Douglas Corp | A-3, A-8, B-34, B-61, B-62, B-15, B-16, B-67, 68, B-70, C-93, C-149, C-150, C-151, C-159, C-160, 166, C-168, C-169, C-171, C-172, |
| International Air Leasing Inc. | A-9, A-10, B-31, B-34, C-96, C-97, C-98, C-114, C-146, C-147, C-148, C-149, C-149, C-150, C-155, C-159, C-160, C-161, C-162, 163, 164, 165, C-168, 170, 171, 172, D-174 |
| Theresa Griffin | B-61, B-62, B-67 |
| George Batchelor | B-33, B-34, B-71, C-96, C-97, C-98, C-114, C-146, C-147, C-149, C-154, C-155, C-151, C-159, C-161, 163, 165, C-168, C-170, C-171, C-172, D-174 |
| Pratt & Whitney Group | B-33, B-34, C-149, C-159, C-160, C-171, B-172, |
| Jane Griffin | C-104 |
| IAL Leasing, Inc | C-146, C-147, C-159, C-155, C-156, C-159, C-161, 163, 165, 170, 171, 172, |

p. _____

| | |
|---|---|
| Associated Aviation Underwriters | C-149 , C-158 , C-159, C-160 C-171, C-172 |
| John Batchelor | C-149, C-152, C-156, C-159, C-169, C-171, C-172 |
| Lloyd & Shaun | C-158 |
| United Technologies Corporation | C-166 |
| Pratt & Whitney Canada Inc., | C-166 |
| | |
| | |
| | |
| | |
| | |
| | |